IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00020 |
| ) | Judge Trauger |
| THE TENNESSEE BOARD OF JUDICIAL ) | |
| CONDUCT, ET AL., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

This case is referred to the Magistrate Judge for case management, decision on all pretrial, nondispositive motions and report and recommendation on all dispositive motions under 28 U.S.C. § 636(b)(1) and to conduct any necessary proceedings under Rule 72, FED. R. CIV. P.

It is so **ORDERED.**

Enter this 10th day of January 2017.

_____
ALETA A. TRAUGER
U.S. District Judge