IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY ) | |
| ) | |
| v. ) | NO. 3:17-0020 |
| ) | |
| THE TENNESSEE BOARD OF ) | |
| JUDICIAL CONDUCT, et al. ) | |

**O R D E R**

By Order entered January 11, 2017 (Docket Entry No. 4), the Court referred this *pro se* action to the Magistrate Judge for pretrial proceedings under 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure.

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, the parties in this action are exempt from the initial disclosures required by Rule 26(a). Pursuant to Local Rule 16.01(b)(2)(b), this case is exempt from customized case management. By separate order and at the appropriate time, the Court will enter a scheduling order setting out deadlines for the progression of this case.

Plaintiff is advised that he is responsible for serving the named Defendants with the summons and complaint, in compliance with Rule 4 of the Federal Rules of Civil Procedure. In accordance with Rule 4(m), he must serve Defendants with the summons and complaint within 90 days of the date his complaint was filed, unless this time is extended by the Court upon a showing of good cause, or this case will be dismissed.

The Clerk is directed to send copies of all orders entered in this case to the *pro se* Plaintiff and to any other *pro se* party by regular, first class mail (only), unless otherwise directed by the Court.

So ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge