# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JOHN ANTHONY GENTRY, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:17-cv-00020 |
| | ) Judge Trauger/Magistrate Judge Holmes |
| THE TENNESSEE BOARD OF JUDICIAL CONDUCT, ET AL., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Stephanie A. Bergmeyer, Assistant Attorney General, provides Notice of Appearance as lead counsel of record on behalf of the Tennessee Board of Judicial Conduct, the Honorable Chris B. Craft, Timothy R. Discenza, and the State of Tennessee.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 27096
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.bergmeyer@ag.tn.gov
(615) 741-6828

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and exact copy of the foregoing was filed electronically, and served by first-class mail, postage prepaid on this 7th day of February, 2017, to:

John Anthony Gentry
208 Navajo Court
Goodlettsville, TN 37072

                     s/ Stephanie A. Bergmeyer
                     Stephanie A. Bergmeyer