IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:17-cv-00020 |
| v. ) | |
| ) | Judge Trauger/Magistrate Judge Holmes |
| THE TENNESSEE BOARD OF ) | |
| JUDICIAL CONDUCT, ET AL., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Stephanie A. Bergmeyer, Assistant Attorney General, provides Notice of Appearance as lead counsel of record on behalf of the Tennessee Board of Judicial Conduct, the Honorable Chris B. Craft, Timothy R. Discenza, and the State of Tennessee.

                        Respectfully Submitted,

                        HERBERT H. SLATERY III
                        Attorney General and Reporter

                        s/ Stephanie A. Bergmeyer
                        Stephanie A. Bergmeyer, BPR # 27096
                        Assistant Attorney General
                        Office of the Attorney General and Reporter
                        P.O. Box 20207
                        Nashville, Tennessee 37202-0207
                        Stephanie.bergmeyer@ag.tn.gov
                        (615) 741-6828

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and exact copy of the foregoing was filed electronically, and served by first-class mail, postage prepaid on this 7th day of February, 2017, to:

John Anthony Gentry
208 Navajo Court
Goodlettsville, TN 37072

                                                      s/ Stephanie A. Bergmeyer
                                                      Stephanie A. Bergmeyer

2

Case 3:17-cv-00020   Document 10   Filed 02/07/17   Page 2 of 2 PageID #: 56