IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

*Motion, DE11, is GRANTED.*
/s/ Barbara D. Holmes

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:17-cv-00020 |
| v. | ) | |
| | ) | Judge Trauger/Magistrate Judge Holmes |
| THE TENNESSEE BOARD OF | ) | |
| JUDICIAL CONDUCT, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

---

## MOTION FOR EXTENSION OF TIME
---

Defendants the Tennessee Board of Judicial Conduct, the Honorable Chris B. Craft, Timothy R. Discenza, and the State of Tennessee move for additional time to file an answer to the Complaint or motion under Fed. R. Civ. P. 12. The undersigned counsel needs additional time to research the available defenses and prepare the document(s) to be filed. Defendants respectfully request an extension of 21 days, up to and including February 28, 2017.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 27096
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.bergmeyer@ag.tn.gov
(615) 741-6828

## CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing was filed electronically, and served by first-class mail, postage prepaid on this <u>7th</u> day of <u>February</u>, 2017, to:

John Anthony Gentry
208 Navajo Court
Goodlettsville, TN 37072

<u>s/ Stephanie A. Bergmeyer</u>
Stephanie A. Bergmeyer
