IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:17-cv-00020 |
| v. ) | |
| ) | Judge Trauger/Magistrate Judge Holmes |
| THE TENNESSEE BOARD OF ) | |
| JUDICIAL CONDUCT, ET AL., ) | |
| ) | |
| Defendants. ) | |

**RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR DEFENDANTS' COUNSEL TO WITHDRAW**

The Tennessee Attorney General and Reporter has discretion to provide civil defense representation to state employees, and to determine the manner in which such representation is provided. Tenn. Code Ann. § 8-42-103. All decisions made by the Attorney General and Reporter are final and cannot be reviewed by "any court," and certainly not by Plaintiff. *See* Tenn. Code Ann. § 8-42-108.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 27096
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.bergmeyer@ag.tn.gov
(615) 741-6828

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of the foregoing was filed electronically, and served by first-class mail, postage prepaid on this 27th day of February, 2017, to:

John Anthony Gentry
208 Navajo Court
Goodlettsville, TN 37072

                                                  s/ Stephanie A. Bergmeyer
                                                  Stephanie A. Bergmeyer