IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:17-cv-00020 |
| v. ) | |
| ) | Judge Trauger/Magistrate Judge Holmes |
| THE TENNESSEE BOARD OF ) | |
| JUDICIAL CONDUCT, ET AL., ) | |
| ) | |
| Defendants. ) | |

**RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S ORDERS**

The Magistrate Judge properly exercised the Court's discretion, and followed the Federal Rules of Civil Procedure and Local Rules. The Magistrate Judge's Orders correctly state the basis for the Court's rulings, and specific findings or conclusions are not required under Fed. R. Civ. P. 52(a)(3). Plaintiff's motion should be denied.

Respectfully Submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

s/ Stephanie A. Bergmeyer
Stephanie A. Bergmeyer, BPR # 27096
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Stephanie.Bergmeyer@ag.tn.gov
(615) 741-6828

## CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing was filed electronically, and served by first-class mail, postage prepaid on this 27th day of February, 2017, to:

John Anthony Gentry
208 Navajo Court
Goodlettsville, TN 37072

                                            s/ Stephanie A. Bergmeyer
                                            Stephanie A. Bergmeyer