

# THE TENNESSEE
# BOARD OF JUDICIAL CONDUCT

FILED
2017 FEB 27 AM 11: 57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

511 Union Street
Suite 600
Nashville, TN 37219

MEMBERS OF THE TENNESSEE
BOARD OF JUDICIAL CONDUCT

Chris Craft
Chairperson

Timothy R. Discenza
Disciplinary Counsel

Patrick J. McHale
Assistant Disciplinary Counsel

Kenny Armstrong
Miles Burdine
Angelita B. Dalton
Joe F. Fowlkes
Tas Gardner
Dee Gay
J. Ronald Hickman
Chris A. Hodges
Thomas W. Lawless
Christy R. Little
Larry J. Logan
Norma Ogle
Ward Phillips
J. Michael Sharp
Dwight E. Stokes

March 11, 2016

James M. Hivner, Clerk
100 Supreme Court Building
401 Seventh Avenue, North
Nashville, TN 37219-1407
615-253-1470

**PERSONAL/CONFIDENTIAL**

Mr. John Gentry
208 Navaho Court
Goodlettsville, Tennessee 37072

RE: Complaint against Judge Thompson
     File No. B16-6458

Dear Mr. Gentry:

    This will acknowledge receipt of the complaint you filed concerning the above captioned judge. Please know that the allegations set forth in your complaint were carefully reviewed and submitted to an investigative panel of this Board. After this careful consideration, the investigative panel has determined that the complaint does not rise to the level that would justify further action. In order for us to proceed, the statute requires that there must be specific facts shown that establish probable cause that the judge's conduct constituted a violation of Tenn. Code Ann. § 17-5-302. *See* Tenn. Code Ann. § 17-5-304(b).

    Our jurisdiction is strictly limited. We are not an appeals court and do not have the authority to change any ruling a judge may have made. We are only allowed to investigate allegations of judicial ethics violations listed in Tenn. Code Ann. § 17-5-302.

    In deciding whether or not the Board can successfully sanction a judge, the investigative panel must also consider that in order to discipline a judge, the proof of the ethics violation must be "clear and convincing." Tenn. Code Ann. § 17-5-308. The investigative panel did not feel such a burden could be met in this case.



EXHIBIT 2

Case 3:17-cv-00020   Document 19-2   Filed 02/27/17   Page 1 of 2 PageID #: 156

At its core, your complaint appears to be a reflection mostly of dissatisfaction with a decision or series of decisions made by a judge. The appellate courts, not the Board, generally handle legal questions. Even if you think a judge has made a wrong ruling, that is not a breach of ethics or a violation of the Code of Judicial Conduct that would ordinarily be handled by this Board.

Accordingly, your complaint has been dismissed and our file has been closed. Nevertheless, the Board of Judicial Conduct thanks you for your interest in preserving the integrity of our judicial system.

Sincerely,

Chris Craft
Board Chair

CC/bep

cc: Disciplinary Counsel
    Investigative Panel