## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

JOHN ANTHONY GENTRY, sui juris/pro se )
             )
  Plaintiff         )
             )  **CASE NO. 3:17-cv-00020**
    vs.         )
             )
**THE TENNESSEE BOARD**     )
**OF JUDICIAL CONDUCT;**     )
**THE HONORABLE JUDGE CHRIS,**   )  JURY DEMANDED (12)
**CRAFT, individual and official capacity;** )
**TIMOTHY R. DISCENZA, individual and** )
**official capacity; UNNAMED MEMBERS OF** )
**INVESTIGATIVE PANEL, individual and** )
**official capacity; UNNAMED**    )
**LIABILITY INSURANCE CARRIER(S),** )
**THE STATE OF TENNESSEE**    )
             )
  Defendants       )

---

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

---

   Plaintiff, John Anthony Gentry hereby moves for additional time to file a response to

Defendants' Rule 12 Motion to Dismiss and to file an Amended Complaint. The undersigned

pro se Plaintiff needs additional time to research the available responses and prepare the

documents to be filed. Pursuant to Fed. R. Civ. P. Rule 15(a)(1)(B), Plaintiff is allowed 21 days

after service of a responsive pleading or 21 days after service of a motion under Rule 12(b) to

amend as a matter of Course. Plaintiff received "courtesy" email service from Defendant's

counsel on February 28, 2017. Accordingly, Plaintiff has until March 21, 2017, to file his

amended complaint. Plaintiff respectfully request an extension of ten (10) days, up to, and including March 31, 2017, on or before which date, Plaintiff will file an amended complaint and Plaintiff will also file a response to Defendants' Rule 12 Motion to Dismiss.

Respectfully submitted,

John Anthony Gentry, CPA, Pro Se
208 Navajo Court
Goodlettsville, TN 37072
615-351-2649
john.a.gentry@comcast.net

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

Stephanie A. Bergmeyer
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

On this the 2nd day of March, 2017

John Anthony Gentry, CPA

2