IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN ANTHONY GENTRY )
)
v. ) NO. 3:17-0020
)
THE TENNESSEE BOARD OF )
JUDICIAL CONDUCT, et al. )

**O R D E R**

Presently pending is a motion to dismiss (Docket Entry No. 22) filed by the State of Tennessee, the Tennessee Board of Judicial Conduct, Judge Chris Craft, and Timothy R. Discenza.

Plaintiff shall have until March 31, 2017, to file a response to the motion to dismiss. Plaintiff is advised that his failure to timely file a response may result in a Recommendation to the District Judge that this lawsuit be dismissed in whole or in part.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge