IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN ANTHONY GENTRY )
 )
v. ) NO. 3:17-0020
 )
THE TENNESSEE BOARD OF )
JUDICIAL CONDUCT, et al. )

**O R D E R**

Plaintiff's motion (Docket Entry No. 24) for an extension of time is GRANTED. Plaintiff is given until **March 31, 2017**, to file a first amended complaint and a response to the pending motion to dismiss. In light of this extension, Plaintiff's motion to clarify (Docket Entry No. 28) is DENIED as moot.

Plaintiff's motion (Docket Entry No. 27) to ascertain the status of his motion for review is GRANTED. Plaintiff is advised that his motion for review remains pending on the docket.

Any party desiring to object to this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for the objection. *See* Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge