# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 3:17-0020 |
| vs. ) | |
| ) | |
| THE STATE OF TENNESSEE; ) | |
| PAMELA ANDERSON TAYLOR; ) | |
| BRENTON HALL LANKFORD; ) | JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; ) | |
| UNNAMED LIABILITY INSURANCE ) | |
| CARRIER(S); Et al ) | |
| ) | |
| Defendants ) | |

## NOTICE OF INTENT TO AMEND

Pursuant to Federal Rules of Civil Procedure, Rule 15 (a)(1)(A), Plaintiff hereby gives notice of his intent to amend his complaint. Plaintiff served his Amended Complaint, including new defendants, on March 19, 2017 and has 21 days to amend. Furthermore, pursuant to Fed. R. Civ. P. Rule 15 (a)(1)(B), the amended complaint was filed on the same day this Honorable Court clarified its order (Docket Entry 31) granting extension of time to include an extension of time for Plaintiff to file his amended complaint until March 31, 2017. Accordingly, Plaintiff will file his "Second Amended Complaint" on or before March 31, 2017.

1

Respectfully submitted,

*/s/ John A Gentry*

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

Sarah Richter Perky
Thompson Burton
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067

Pamela Anderson Taylor
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219

Brenton Hall Lankford
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219

On this the 21st day of March, 2017

*/s/ John Anthony Gentry*

John Anthony Gentry, CPA

2

Case 3:17-cv-00020   Document 34   Filed 03/21/17   Page 2 of 2 PageID #: 542