# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:17-cv-0020 |
| The State of Tennessee, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PAMELA ANDERSON TAYLOR
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee, 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN ANTHONY GENTRY
208 NAVAJO COURT
GOODLETTSVILLE, TN 37072
615-351-2949
john.a.gentry@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: MAR 2 7 2017

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY<br><br>*Plaintiff*<br>v.<br>The State of Tennessee, et al<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:17-cv-0020 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRENTON HALL LANKFORD
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, Tennessee, 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JOHN ANTHONY GENTRY
208 NAVAJO COURT
GOODLETTSVILLE, TN 37072
615-351-2949
john.a.gentry@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

CLERK OF COURT

Date: MAR 2 7 2017

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:17-cv-0020 |
| The State of Tennessee, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephanie A. Bergmeyer
Office of Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN ANTHONY GENTRY
208 NAVAJO COURT
GOODLETTSVILLE, TN 37072
615-351-2949
john.a.gentry@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

CLERK OF COURT

Date: MAR 2 7 2017

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| JOHN ANTHONY GENTRY <br><br> *Plaintiff* <br><br> v. <br><br> The State of Tennessee, et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:17-cv-0020 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SARAH RICHTER PERKY
Thompson, Burton, PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN ANTHONY GENTRY
208 NAVAJO COURT
GOODLETTSVILLE, TN 37072
615-351-2949
john.a.gentry@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: MAR 2 7 2017

*Signature of Clerk or Deputy Clerk*