# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | CASE NO. 3:17-0020 |
| THE STATE OF TENNESSEE; PAMELA ) | |
| ANDERSON TAYLOR; BRENTON HALL ) | JURY TRIAL DEMANDED(12) |
| LANKFORD; SARAH RICHTER PERKY; ) | |
| UNNAMED LIABILITY INSURANCE ) | |
| CARRIER(S); et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Notice is hereby given that Erika R. Barnes of the law firm Stites & Harbison PLLC enters her appearance on behalf of Pamela Anderson Taylor and Brenton Hall Lankford and requests service of all subsequent filings in this proceeding.

Respectfully submitted,

*s/ Erika R. Barnes*
Erika R. Barnes (BPR #028628)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Fax: (615) 742-0734
e-mail: ebarnes@stites.com

*Counsel for Defendants Pamela Anderson Taylor and Brenton Hall Lankford*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of March 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's filing system.

                                           *s/ Erika R. Barnes*
                                           Erika R. Barnes