IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY, | ) | |
| sui juris/pro se, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 3:17-cv-0020 |
| | ) | JURY TRIAL DEMANDED |
| THE STATE OF TENNESSEE; PAMELA | ) | |
| ANDERSON TAYLOR; BRENTON | ) | |
| HALL LANKFORD; SARAH RICHTER | ) | |
| PERKY; UNNAMED LIABILITY | ) | |
| INSURANCE CARRIER(S); et al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE PURSUANT TO LR 83.01

Comes now counsel, William S. Walton, of the firm Butler Snow LLP, 150 Third Avenue South, Nashville, TN 37201 (615-651-6717) and without waiving any defenses and specifically reserving all rights to answer and plead all matters in defense and abeyance allowed by the Federal Rules of Civil Procedure, enters his formal appearance as counsel for Defendant, Sarah Richter Perky, in this action pursuant to Local Rule 83.01(f)(1).

Respectfully submitted,

BUTLER SNOW LLP

By: */s/William S. Walton*
WILLIAM S. WALTON, #11177
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
(615) 651-6717
bill.walton@butlersnow.com

*Attorneys for the Defendant Sarah Richter Perky*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on April 3, 2017, a true and correct copy of the foregoing document has been mailed electronically via the Court's electronic filing system and via regular mail, to the following:

John A. Gentry, CPA, pro se
208 Navajo Court
Goodlettsville, TN 37072

Stephanie A. Bergmeyer
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207


*William S. Walton*