IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

FILED
2017 APR 10 AM 11:56
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

JOHN ANTHONY GENTRY, sui juris/pro se )
                                                                          )
    Plaintiff                                          )
                                                            )    CASE NO. 3:17-cv-00020
               vs.                                  )
                                                            )
THE STATE OF TENNESSEE;             )
PAMELA ANDERSON TAYLOR;        )
BRENTON HALL LANKFORD;          )    JURY TRIAL DEMANDED(12)
SARAH RICHTER PERKY;              )
UNNAMED LIABILITY INSURANCE  )
CARRIER(S)                                  )
                                                            )
    Defendants                                   )

## PROOF OF SERVICE – SECOND AMENDED COMPLAINT
## CASE No. 3:17-cv-00020

Pursuant to Federal Rules of Procedure: Rule 4 (c), (e), and (j)(2), Plaintiff John Anthony Gentry, hereby provides Proof Of Service of Complaint in Case No. 3:17-cv-00020 to this Honorable Court.

1. Defendants were properly served Summons issued by the Court Clerk for the United States District Court For the Middle District of Tennessee and a copy of Plaintiff's Second Amended Complaint filed with the Court Clerk for the United States District Court For the Middle District of Tennessee on or about March 27, 2017.

2. Proof of Service tendered to this Honorable Court includes the original return receipt received by Plaintiff from The United States Postal Service on or about April 2, 2017. See attached EXHIBIT 1.

1

3. Return Copies, four (4) of Summons are attached.

4. Docket Entries 40 and 41 further evidences Proof of Service for Defendants Brenton Hall Lankford and Pamela Anderson Taylor.

5. Footnote [1] of Docket Entry 43 further evidences Proof of Service for Defendant Sarah Richter Perky.

6. Defendants have therefore been properly served Summons in Case No. 3:17-cv-0020, pursuant to Federal Rules of Civil Procedure Rule 4 (c), (e), and (j)(2).

Respectfully submitted,

John Anthony Gentry, CPA, Pro Se
208 Navajo Court
Goodlettsville, TN 37072
615-351-2649
john.a.gentry@comcast.net

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

Stephanie A. Bergmeyer
Office of Attorney General
PO Box 20207
Nashville, TN 37202-0207
stephanie.bergmeyer@ag.tn.gov

Lauren Paxton Roberts
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
ebarnes@stites.com

On this the 10th day of April, 2017

John Anthony Gentry, CPA

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

FILED
2017 APR 10 AM 11:58
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:17-cv-0020 |
| The State of Tennessee, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BRENTON HALL LANKFORD
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, Tennessee, 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN ANTHONY GENTRY
208 NAVAJO COURT
GOODLETTSVILLE, TN 37072
615-351-2949
john.a.gentry@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: MAR 2 7 2017

*Signature of Clerk or Deputy Clerk*

RETURN COPY

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

FILED
2017 APR 10 AM 11: 57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:17-cv-0020 |
| The State of Tennessee, et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PAMELA ANDERSON TAYLOR
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee, 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN ANTHONY GENTRY
208 NAVAJO COURT
GOODLETTSVILLE, TN 37072
615-351-2949
john.a.gentry@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: MAR 2 7 2017

*Signature of Clerk or Deputy Clerk*

RETURN COPY

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

FILED
2017 APR 10 AM 11:57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:17-cv-0020 |
| The State of Tennessee, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephanie A. Bergmeyer
Office of Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202-0207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN ANTHONY GENTRY
208 NAVAJO COURT
GOODLETTSVILLE, TN 37072
615-351-2949
john.a.gentry@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: MAR 2 7 2017

*Signature of Clerk or Deputy Clerk*

RETURN COPY

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

FILED
2017 APR 10 AM 11: 57
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:17-cv-0020 |
| The State of Tennessee, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SARAH RICHTER PERKY
Thompson, Burton, PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JOHN ANTHONY GENTRY
208 NAVAJO COURT
GOODLETTSVILLE, TN 37072
615-351-2949
john.a.gentry@comcast.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
CLERK OF COURT

Date: MAR 27 2017

*Signature of Clerk or Deputy Clerk*

RETURN COPY

## Return Receipt 1 (top-left)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brenton Hall Lankford
Stites + Harbison
401 Commerce St., #800
Nashville TN 37219

2. Article Number (Transfer from service label)
9590 9402 1644 6053 3200 06
7016 1370 0000 6281 3450

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Erich Nelson
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

## Return Receipt 2 (bottom-left)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sarah Richter Perky
One Franklin Park
6100 Tower Circle #200
Franklin TN 37067

2. Article Number
7016 1370 0000 6281 3214

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] B.W. ☐ Agent ☐ Addressee

B. Received by (Printed Name): B. Wood
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

## Return Receipt 3 (top-right)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.

1. Article Addressed to:

Stephanie Bergmeyer
Off. of Atty Gen + Rep
PO Box 20207
Nashville TN 37202-0207

2. Article Number
9590 9402 1657 6053 5446 42
7016 1370 0000 6281 3429

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Harry Sherrell ☐ Agent ☐ Addressee

B. Received by (Printed Name): Erich Nelson
C. Date of Delivery: H. Sherrell 3/30/17

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

## Return Receipt 4 (bottom-right)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pamela Taylor
Stites + Harbison
401 Commerce St., #800
Nashville TN 37219

2. Article Number
9590 9402 1644 6053 3226 35
7016 1370 0000 6281 3443

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Erich Nelson
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery