IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 3:17-cv-00020 |
| vs. ) | |
| ) | |
| THE STATE OF TENNESSEE; ) | |
| PAMELA ANDERSON TAYLOR; ) | |
| BRENTON HALL LANKFORD; ) | JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; ) | |
| UNNAMED LIABILITY INSURANCE ) | |
| CARRIER(S) ) | |
| ) | |
| Defendants ) | |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW

Plaintiff John Anthony Gentry, hereby supplements "Plaintiff's Response To Defendants' Motion To Dismiss And Incorporated Memorandum of Law" (Docket Entry 38).

**FALSE ASSERTION THE ELEVENTH AMENDMENT BARS PLAINTIFF'S CLAIMS AGAINST THE STATE, THE BOARD, AND ANY DEFENDANTS IN THEIR OFFICIAL CAPACITY**

1. Defendant has falsely asserted as a defense that Amendment XI U.S. Constitution provides the state immunity from suit which Plaintiff has proven untrue in his Response (Docket Entry 38) in that Amendment XI does not trump Amendment XIV which the U.S. Supreme Court has repeatedly affirmed (See Docket Entry 38 p. 13).

1

2. Defendant State of Tennessee stated in "Memorandum of Law In Support of Defendants' Motion to dismiss (Docket Entry 23) that there are three exceptions to a State's sovereign immunity (See Docket Entry 23 p. 12 ¶ 3). One of those exceptions being "**when the State has consented to suit**."

3. Defendant State of Tennessee then **falsely stated** "The State of Tennessee has not consented to suit."

4. Plaintiff directs this Honorable Court's attention to Article I § 1 of the Constitution of the State of Tennessee which states:

> That **all power is inherent in the people,** and all free governments are founded on their authority, and instituted for their peace, safety, and happiness; **for the advancement of those ends they have at all times, an unalienable and indefeasible right to alter, reform, or abolish the government in such manner as they may think proper**.

5. As plainly stated in Article I § 1 of the Constitution of the State of Tennessee, Citizens of Tennessee, "**the people**" in whom all power is inherent, have an "**unalienable and indefeasible**" right to alter, reform or abolish the government in any manner they may think proper.

6. The state constitution could not be clearer, and plainly the state has already "consented to suit" by default in the language of its constitution.

7. Plaintiff would also remind this Honorable Court, in Docket Entry 17, counsel for Defendant State of Tennessee stated: "All decisions made by the Attorney General and Reporter are final and cannot be reviewed by "any court," and **certainly not by Plaintiff**.

8. This statement by the Attorney General and Reporter is indicative of a tyrannical government, and the State of Tennessee, it agents, agencies and arms of the state have forgotten that "all power is inherent in the people."

9. While Plaintiff certainly seeks redress for the property extorted from him by the "Corrupt Racketeering Activities" of the state, Plaintiff also seeks to assert his "unalienable and indefeasible" right to alter, reform or abolish the legal and judicial monopoly of the state's courts.

10. In Plaintiff's Second Amended Compliant (Docket Entry 36 p. 101), Plaintiff requested equitable relief (below numbering consistent with complaint) as follows:

> 9. For the federal court to issue order upon the State to put in place proper legislation and oversight of the Board of Professional Responsibility, Board of Judicial Conduct, and the Court of Appeals. See **EXHIBIT W** proposed legislation in Arizona;
> 10. For the federal court to issue order causing dissolution or reorganization of the State's corrupt racketeering enterprises;
> 11. For the federal court to issue order upon Defendant State of Tennessee to Provide Equal Protection under the law, and provide litigants due process in fair and impartial courts;

11. As evidenced in ¶ 4 above, the state constitution grants me an "unalienable and indefeasible" right to alter, reform or abolish the government in any manner I think proper. All parties in this matter can only agree, the state constitution grants Plaintiff this power and authority as he is one of "the people," and very obviously, the state has consented to suit.

12. Plaintiff further asserts that all parties must also agree, this District Court is the proper forum for a suit of this nature and a proper manner to seek to alter, reform or abolish the state

3

government agencies, agents and arms of the state. It is the very purpose of the federal government to protect the rights of its citizens and enforce federal and constitutional laws.

13. The preamble of the U.S. Constitution states:

> We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

14. Very obviously, our founding fathers structured our federal constitution to "insure domestic tranquility" and to "promote the general welfare" of "the people." The state's agencies, agents and arms of the state have become tyrannical and oppressive of the people, and it is Plaintiff's "unalienable and indefeasible" right under the state constitution to bring suit in an attempt to reform the state. It is also Plaintiff's right under the numerous federal laws cited in his Second Amended Complaint to bring suit against the state in federal court.

15. Plaintiff respectfully moves all parties to not fight this case in an attempt to preserve corruption prevalently occurring in states courts, but to embrace this case as a reminder of who we are and what we stand for.

16. If all parties, could see the pain and suffering caused by injustices occurring in state courts on nearly any given day, all would agree this case should be embraced and our system of justice reformed. The State Constitution and U.S. Constitution demand such reform. To this end, and I beg the Court's indulgence, I will quote from an Appellant's Brief in *Hallett v. State of Ohio Case No. 16-14969* included in the next three pages as follows:

*The year was 1752*; and the place was a small colony named Philadelphia where a little Quaker girl was born. A little girl not unlike any other of her time period. As she grew up, going to school, learning how to do her daily tasks to help the family, she realized the importance of family and that family did not always agree, but that to was okay. She realized this as she found herself falling in love with a man in which her family and religion prohibited as he was not a Quaker. He was Jewish.

Knowing she would face certain consequences from her family and her church she made a ***leap of faith*** anyway because she ***trusted*** in herself and her new husband that no matter the circumstances they would always stand by each others' side. To spite her family and church turning away from her, she never turned away from them. The couple later came to own and operate a small upholstery business not far from where she was born. She saw the conflict going on at the time and wanted to give those men fighting for freedom something to carry with them. Something to let them know she and others supported the purpose for which they were fighting.

She started with a white sheet and made it represent the new, pure, and unsettled land. She then added blue to the upper left hand corner to represent the sky covering the land. She then added 7 red strips to signify the blood spilled over the land in the fight for **Freedom** and **Independence**. She then added 13 stars to the blue sky in a circle to represent the 13 new colonies in an unbreakable circle to signify a **Unity of Purpose**. She created this banner so the Union Soldiers would be able to recognize each other from a distance and not mistakenly fire on each other during battle.

She wanted them to recognize the fact that others were also fighting for these same reasons and ***UNITE*** in the fight with **Faith, Hope, Duty,**

**Conviction, Service, and Sacrifice** against **Tyranny, Oppression, Persecution,** and **Taxation without Representation**. This banner became known as the **American Flag** in **1777** and flies proudly overhead in **Honor** of all those who fought this war, and still fight to defend her today. We hold our hands over hearts as we **Pledge Our Allegiance** to her in the promise that we will never forget her, or all of those who **Honor and Protect** her, and the principles and practices on which she was conceived.

We carry her with us where ever we go in the world, and off world, to represent these same principles and practices to our allies, and strike fear into the hearts of our enemies. In the unfortunate circumstance that one of them is killed defending her; she covers and protects them on their journey home to their families to be laid to rest in her home soil. She then goes to the homes of those families to comfort them in their time of loss and mourning. She comforts them in the reminder that their **Service** and **Sacrifice** had an **Honorable Meaning, Purpose,** and **Will Never Be Forgotten**.

If John Hancock, Edward Rutledge, Benjamin Franklin, and the rest of the 56 men who wrote and signed our **Declaration of Independence,** our **Constitution,** and our **Bill of Rights** are **America's Fore Fathers**?

*Betsy Ross* is by every definition, and everything we still fight for, and hold dear today as Americans; *Our Mother*.

Our Fore Fathers have taught us **"How"** in the construction of **The Declaration of Independence, Constitution,** and **Bill of Rights**.

Our Mother reminds us **"Why"** in the spirit of seeing our flag, in and on, every **House of Honor** and paying her **Due Respect. Respect** for the single most important element which binds us together as a *Republic*.

*Love* of *Family*, *Love* of *God*, and *Love* of *Country*.

This is the **Foundation** on which the **"Scales of Justice"** rest.

<u>Never Forget</u>

We don't have to Love, or even Like, each other to see the importance of
## "Trust"
If, we plan on moving forward to better ourselves…

## ~ *Make America Great Again* ~

Respectfully submitted,

*/s/ John Anthony Gentry*

John Anthony Gentry, CPA, Pro Se
208 Navajo Court
Goodlettsville, TN 37072
615-351-2649
john.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

Stephanie A. Bergmeyer
Office of Attorney General
PO Box 20207
Nashville, TN 37202-0207
stephanie.bergmeyer@ag.tn.gov

Lauren Paxton Roberts
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
ebarnes@stites.com

On this the 17th day of April, 2017

_____
John Anthony Gentry, CPA