IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 3:17-cv-0020 |
| ) | JURY TRIAL DEMANDED |
| THE STATE OF TENNESSEE; PAMELA ) | |
| ANDERSON TAYLOR; BRENTON ) | |
| HALL LANKFORD; SARAH RICHTER ) | |
| PERKY; UNNAMED LIABILITY ) | |
| INSURANCE CARRIER(S); et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT'S REQUEST FOR LEAVE TO SUBMIT A SUPPORTING LEGAL MEMORANDUM IN EXCESS OF THE PAGE LIMITATION**
___

COME NOW, your Defendant, Sarah Richter Perky ("Defendant") and pursuant to Local Rule 7, and Rule 6, Fed. R. Civ. P., respectfully requests permission to submit a memorandum of law supporting Defendant's Motion to Dismiss for Failure to State a Claim in excess of the page limitation permitted by Local Rule 7 (a). In support of this request, Defendant would show the Court that the request is filed in a timely fashion, and no prejudice would result to any party by permitting Defendant to exceed the page limitation. Plaintiff has filed two (2) amended complaints and also submitted multiple documents with the Second Amended Complaint. Defendant respectfully submits that permitting this request will allow Defendant the opportunity to provide a more comprehensive discussion of the allegations of fact and the law that should be applied to Plaintiff's allegations, and would facilitate discussion of the legal issues in this case.

WHEREFORE, these premises considered, Defendant respectfully requests permission to submit a supporting memorandum in excess of the page limitation set forth by Local Rule 7 (a).

Respectfully submitted,

BUTLER SNOW LLP

By: */s/William S. Walton*
WILLIAM S. WALTON, #11177
bill.walton@butlersnow.com
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201
(615) 651-6717

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the foregoing document was served via the Court's ECF delivery system or regular mail on the same date of filing (17 April 2017):

John A. Gentry, CPA, *pro se (regular mail)*
208 Navajo Court
Goodlettsville, TN 37072

Stephanie A. Bergmeyer
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Erika Barnes
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219

*William S. Walton*

36196608v1