EXHIBIT 1 TO DEFENDANT'S MOTION TO DISMISS (6/15/2015 ORDER)

IN THE CIRCUIT COURT FOR SUMNER COUNTY, TENNESSEE
AT GALLATIN

| | | |
|---|---|---|
| KATHERINE WISE GENTRY, | ) | |
| Plaintiff/Wife, | ) | |
| | ) | |
| v. | ) | No. 2014CV393 |
| | ) | |
| JOHN ANTHONY GENTRY, | ) | |
| Defendant/Husband. | ) | |

FILED
9:00 A M
JUN 15 2015
KATHRYN STRONG, CLERK
BY /MB D.C.

## ORDER

This cause came to be heard on June 8, 2015, before the Honorable Joe Thompson, Judge of the Circuit Court of Sumner County, Tennessee, upon Sarah Richter Perky and the law firm of Hollins, Raybin & Weissman, P.C.'s Motion to Withdraw, the statements of counsel and Mr. Gentry, and the record as a whole, the Court finds the motion is well taken and therefore, **GRANTED**. Mrs. Perky and Hollins, Raybin & Weissman, P.C. are relieved as counsel for Mr. Gentry and for any responsibility for court costs. Mrs. Perky's request for an attorney's fee lien is **RESERVED** pending further orders of the Court.

It is therefore **ORDERED, ADJUDGED** and **DECREED.**

Entered this the 15th day of June, 2015.

_____
THE HONORABLE JOE THOMPSON, JUDGE

RECEIVED
6-8-15

EXHIBIT 1 TO DEFENDANT'S MOTION TO DISMISS (6/15/2015 ORDER)

Approved for Entry:

*HOLLINS, RAYBIN & WEISSMAN, P.C.*

_____
Sarah Richter Perky #24676
Fifth Third Center, Suite 2200
424 Church Street
Nashville, Tennessee 37219
615-256-6666
615-254-4254 – fax

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail, postage pre-paid to:

Pamela A. Taylor
Brenton Lankford
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219
Attorneys for Mrs. Gentry

Mr. John Gentry
208 Navajo Court
Goodlettsville, Tennessee 37072

On this the __8th__ day of ___June___, 2015.

_____
Sarah Richter Perky