IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

JOHN ANTHONY GENTRY, sui juris/pro se )
)
Plaintiff )
) CASE NO. 3:17-0020
vs. )
)
THE STATE OF TENNESSEE; )
PAMELA ANDERSON TAYLOR; )
BRENTON HALL LANKFORD; ) JURY TRIAL DEMANDED(12)
SARAH RICHTER PERKY; )
UNNAMED LIABILITY INSURANCE )
CARRIER(S); Et al )
)
Defendants )

## SECOND NOTICE OF INTENT TO AMEND

Pursuant to Federal Rules of Civil Procedure, Rule 15 (a)(1)(B), Plaintiff hereby gives notice of his intent to amend his Complaint as a matter of course. Defendant SARAH RICHTER PERKY filed a Motion To Dismiss pursuant to Rule 12(b) on April 17, 2017 (Docket Entry 49). Defendant State of Tennessee filed a Motion To Dismiss pursuant to Rule 12(b) on April 18, 2017 (Docket Entry 51). Pursuant to Federal Rules of Civil Procedure, Rule 15 (a)(1)(B), a party may amend it's pleading as a matter of course within 21 days after service of a motion under 12(b). Accordingly, Plaintiff will file his Third Amended Verified Complaint on or before May 7, 2017

1

Respectfully submitted,

_____
John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

Sarah Richter Perky
Thompson Burton
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067

Pamela Anderson Taylor
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219

Brenton Hall Lankford
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219

On this the 24th day of April, 2017

_____
John Anthony Gentry, CPA

2