IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00020 |
| ) | Judge Trauger |
| THE TENNESSEE BOARD OF JUDICIAL ) | |
| CONDUCT, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The pro se plaintiff has filed a timely Motion for Review of Magistrate Judge's Order Dated April 26, 2017 And Motion For Extension Of Time Or In The Alternative Motion For Leave To Amend (Docket No. 56). The plaintiff wishes to amend his complaint for yet a third time, and the magistrate judge has ruled that he may not do so (Docket No. 55).

The magistrate judge's ruling is a non-dispositive matter, and this court may only modify or set aside that ruling if it is found to be clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure.

The plaintiff misunderstands his right to amend his complaint as a matter of course following the filing of a motion to dismiss. Rule 15(a) of the Federal Rules of Civil Procedure makes clear that the plaintiff may only amend his complaint "as a matter of course" **once** after the filing of a motion to dismiss. The plaintiff is not granted an additional opportunity, as a matter of course, whenever a motion to dismiss is filed. The magistrate judge properly ruled on

this matter, and this court finds no basis to hold the magistrate judge's order clearly erroneous or contrary to law. Therefore, the magistrate judge's ruling on this matter is AFFIRMED, and the plaintiff's Motion to Review is DENIED.

It is so **ORDERED.**

Enter this 15th day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge