IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 3:17-0020 |
| vs. ) | |
| ) | |
| THE STATE OF TENNESSEE; ) | |
| PAMELA ANDERSON TAYLOR; ) | |
| BRENTON HALL LANKFORD; ) | JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; ) | |
| UNNAMED LIABILITY INSURANCE ) | |
| CARRIER(S); Et al ) | |
| ) | |
| Defendants ) | |

**NOTICE OF INTENT TO RESPOND TO "DEFENDANT'S OPPOSING PLAINTIFF'S 'MOTION TO ALTER MAY 15 ORDER DENYING LEAVE TO AMEND'"**

Plaintiff respectfully hereby gives notice of his intent to respond to Defendant SARAH RICHTER PERKY'S "Defendant's Opposing Plaintiff's "Motion To Alter May 15 Order Denying Leave To Amend" (Docket Entry 62).

Plaintiff respectfully requests this Honorable Court to delay entering a judgement on his Motion to Alter (Docket Entry 61) until Plaintiff has had an opportunity to respond to Defendant's opposing response (Docket Entry 60). Defendant SARAH RICHTER PERKY filed her opposing response (Docket Entry 60) on May 24, 2017. Plaintiff only asks for six (6) days to respond (which includes the Memorial Day holiday) and will file a response on May

1

30, 2017. Plaintiff should be allowed to respond so as to ensure both parties' arguments are fairly heard. If the other Defendant's desire to oppose Plaintiff's Motion to Alter, Plaintiff should be provided an opportunity to respond to that opposition as well, so as to ensure a just and fair decision issues forth from this Honorable Court.

On Plaintiff's previous Motion for Court Review (Docket Entry 56), Defendant's PERKY, TAYLOR, and LANKFORD opposed Plaintiff's Motion for Court Review on May 11, 2017 and May 15, 2017 (Docket Entries 58 and 59) respectively. This Honorable Court entered its decision on May 15, 2017 and Plaintiff was not provided adequate time to respond.

Plaintiff only seeks a fair opportunity to present his arguments of law and supporting authorities so as to ensure a fair and just decision is rendered by this Honorable Court. Since Plaintiff only seeks until May 30, 2017 and just six (6) days, this matter should be nunc pro tunc.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

2

Case 3:17-cv-00020   Document 63   Filed 05/25/17   Page 2 of 3 PageID #: 1646

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

On this the 25th day of April, 2017

John Anthony Gentry, CPA