IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se | ) |
| Plaintiff | ) |
| | ) CASE NO. 3:17-0020 |
| vs. | ) |
| THE STATE OF TENNESSEE; | ) |
| PAMELA ANDERSON TAYLOR; | ) |
| BRENTON HALL LANKFORD; | ) JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; | ) |
| UNNAMED LIABILITY INSURANCE | ) |
| CARRIER(S); Et al | ) |
| Defendants | ) |

**PLAINTIFF'S MOTION FOR STATUS UPDATE ON PLAINTIFF'S MOTION FOR COURT REVIEW OF MAGISTRATE JUDGE'S JANUARY 27, 2017 & FEBRUARY 7, 2017 ORDERS**

Plaintiff, John Anthony Gentry respectfully requests an update of the status of a ruling pertaining to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Docket Entry 19), filed on February 27, 2017.

On February 27, 2017, Plaintiff requested the Court to issue a Temporary Restraining Order and for other relief (Docket Entry 19) and provided the Court with a supporting memorandum (Docket Entry 20).

1

On March 13, 2017, Defendant State of Tennessee and Tennessee Board of Judicial Conduct filed a response in opposition.

Plaintiff intends no disrespect whatsoever in seeking an update on the status of the District Court Judge's decision in this matter. Plaintiff understands and respects that the Honorable District Court Judge has many and diverse responsibilities that require significant demands of her time. However, Plaintiff asserts that his Motion is also an important matter, as it affects his ability to obtain evidence through discovery.

As a pro se litigant, Plaintiff respectfully reminds this Honorable Court that he is not familiar with the inner workings of the Court, pertaining to how and when orders are issued. In his short time as a litigant in federal courts, Plaintiff has sometimes received extremely timely rulings as quickly as the next day after filing.

Plaintiff is grateful for the Court's understanding of Plaintiff making inquiry regarding the Court's ruling in this matter and he reiterates that he intends no disrespect to this Honorable Court and he understands the value of the Court's time.

Respectfully submitted,

John Anthony Gentry, CPA, Pro Se
208 Navajo Court
Goodlettsville, TN 37072
615-351-2649
john.a.gentry@comcast.net

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

On this the 30th day of May, 2017

John Anthony Gentry, CPA

3