IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00020 |
| ) | Judge Trauger |
| THE TENNESSEE BOARD OF JUDICIAL ) | |
| CONDUCT, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The plaintiff has filed a "Motion for Status Update on Plaintiff's Motion for Court Review of Magistrate Judge's January 27, 2017 & February 7, 2017 Orders" (Docket No. 65). This court entered an order on March 16, 2017 overruling both of the plaintiff's Motions for Review included within the heading of the plaintiff's filing (Docket No. 30).

To the extent that this motion also requests a ruling on the plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Docket No. 19), that matter is still before the magistrate judge for the preparation of a Report and Recommendation.

For the reasons expressed herein, the plaintiff's Motion for Status Update (Docket No. 65) is DENIED AS MOOT.

It is so **ORDERED.**

Enter this 30th day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge