IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

JOHN ANTHONY GENTRY, sui juris/pro se )
)
Plaintiff )
) CASE NO. 3:17-0020
vs. )
)
THE STATE OF TENNESSEE; )
PAMELA ANDERSON TAYLOR; )
BRENTON HALL LANKFORD; ) JURY TRIAL DEMANDED(12)
SARAH RICHTER PERKY; )
UNNAMED LIABILITY INSURANCE )
CARRIER(S); Et al )
)
Defendants )

---

**PLAINTIFF'S MOTION FOR CLAIRFICATION OF MAY 31, 2017**
**MEMORANDUM AND ORDER**

---

Plaintiff John Anthony Gentry, hereby respectfully requests clarification of the District Court Judge's Memorandum and Order dated May 31, 2017 (Docket Entry 69). The order states Plaintiff makes two substantive arguments: **(1)** that the magistrate errored in issuing a dispositive order and, **(2)** that Fed. R. Civ. P. Rule 15(a)(1)(B) permits amendment each time a Rule 12 motion is filed.

In addition to the above stated issues, Plaintiff also stated his desire to amend to include new causes of action, newly discovered and additional facts that would strengthen Plaintiff's complaint as well as provide judicial efficacy.

1

Plaintiff further seeks clarification in that he desires to ensure the Court has not misinterpreted his position. Plaintiff does not seek cumulative amendments. Plaintiff only seeks to amend in response to each Defendant's 12(b) motion. Plaintiff seeks to clarify as to whether the Court considered the logic Plaintiff presented to the Court in Docket Entry 64 page four (4) ¶ 3.

In the Court's Order, the court stated a motion for leave to amend is non-dispositive matter that may be addressed by a magistrate. Plaintiff seeks to clarify that the Court understands that Plaintiff did not file a motion for leave to amend and that the magistrate's order has disposed Plaintiff's defense of amending as a matter of course.

Respectfully submitted,

/s/

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

On this the 5th day of June, 2017

_/s/ John Anthony Gentry_
John Anthony Gentry, CPA