# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TENNESSEE BOARD OF JUDICIAL )<br>CONDUCT, ET AL., )<br>)<br>Defendants. ) | Civil No. 3:17-cv-00020<br>Judge Trauger |

## O R D E R

The plaintiff's Motion for Clarification (Docket No. 71) is GRANTED. The court assures the plaintiff that it has considered all arguments made by him and the court's order of May 31, 2017 needs no clarification or modification.

It is so **ORDERED.**

Enter this 12th day of June 2017.

_____
ALETA A. TRAUGER
U.S. District Judge