# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00020 |
| ) | Judge Trauger |
| THE TENNESSEE BOARD OF JUDICIAL ) | |
| CONDUCT, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is hereby ORDERED that any defendant who wishes to respond to the plaintiff's Objections (Docket No. 72) shall do so by June 26, 2017.

It is so **ORDERED.**

Enter this 14th day of June 2017.

_____
ALETA A. TRAUGER
U.S. District Judge