# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### CIVIL RIGHTS DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CASE NO. 3:17-0020 |
| vs. | ) | |
| | ) | |
| THE STATE OF TENNESSEE; | ) | |
| PAMELA ANDERSON TAYLOR; | ) | |
| BRENTON HALL LANKFORD; | ) | JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; | ) | |
| UNNAMED LIABILITY INSURANCE | ) | |
| CARRIER(S); Et al | ) | |
| | ) | |
| Defendants | ) | |

---

## NOTICE OF INTENT TO RESPOND TO "DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION OF JUNE 5, 2017" AND FURTHER REQUEST FOR GUIDANCE

---

Plaintiff respectfully hereby gives notice of his intent to respond to Defendant SARAH RICHTER PERKY'S "Defendant's Response To Plaintiff's Objections To The Magistrate Judge's Report and Recommendation of June 5, 2017" (Docket Entry 76).

Plaintiff respectfully requests this Honorable Court to delay entering a judgement on his objection to the Magistrate's R&R (Docket Entry 72) until Plaintiff has had an opportunity to respond to Defendant's opposing response (Docket Entry 76). Defendant SARAH RICHTER PERKY filed her opposing response (Docket Entry 76) on June 15, 2017. Plaintiff only asks

1

for eleven (11) days to respond and will file a response on June 26, 2017. Plaintiff should be allowed to respond so as to ensure both parties' arguments are fairly heard.

Plaintiff monitors the Docket closely (daily), and noted Defendant's opposing response to Plaintiff's request for evidentiary hearing (Docket Entry 77) but did not notice Defendant's further opposing response to his objection to the Magistrate's R&R (Docket Entry 76).

On Plaintiff's previous Motion for Court Review (Docket Entry 56), Defendant's PERKY, TAYLOR, and LANKFORD opposed Plaintiff's Motion for Court Review on May 11, 2017 and May 15, 2017 (Docket Entries 58 and 59) respectively. This Honorable Court entered its decision on May 15, 2017 and Plaintiff was not provided adequate time to respond.

Plaintiff only seeks a fair opportunity to present his arguments of law and supporting authorities so as to ensure a fair and just decision is rendered by this Honorable Court. Since Plaintiff only seeks until June 26, 2017 and just eleven (11) days, this matter should be nunc pro tunc.

Again, due to the fact, that this Honorable Court ruled so quickly as indicated above, Plaintiff requests guidance from the Court about how long Plaintiff has to respond to Defendants' objections/responses before the Court issues orders. Plaintiff begs the Court's understanding of the fact that Plaintiff is Pro Se and does not understand the inner workings of the judicial process. Plaintiff assures the Court he has no desire to burden the Court or the clerk's office with these Notices, and only seeks to ensure all arguments and facts are considered prior to issuance of rulings. Plaintiff respectfully seeks this Honorable Court's guidance in this regard.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

On this the 20th day of June, 2017

John Anthony Gentry, CPA

3