IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00020 |
| ) | Judge Trauger |
| THE TENNESSEE BOARD OF JUDICIAL ) | |
| CONDUCT, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

It is hereby ORDERED that the plaintiff may have until June 26, 2017 within which to respond to defendant Perky's filing of June 15, 2017 (Docket No. 77).

It is so **ORDERED.**

Enter this 21st day of June 2017.

_____
ALETA A. TRAUGER
U.S. District Judge