IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00020 |
| ) | Judge Trauger |
| THE TENNESSEE BOARD OF JUDICIAL ) | |
| CONDUCT, ET AL., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

The plaintiff's Motion for Clarification (Docket No. 83) is GRANTED. Indeed, the court's Order of June 21, 2017 (Docket No. 82) contained a typographical error. It should have ordered the plaintiff to respond to Docket No. 76 by June 26, 2017, not Docket No. 77.

It is so **ORDERED.**

Enter this 22nd day of June 2017.

_____
ALETA A. TRAUGER
U.S. District Judge