# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 3:17-0020 |
| vs. ) | |
| ) | |
| THE STATE OF TENNESSEE; ) | |
| PAMELA ANDERSON TAYLOR; ) | |
| BRENTON HALL LANKFORD; ) | JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; ) | |
| UNNAMED LIABILITY INSURANCE ) | |
| CARRIER(S); Et al ) | |
| ) | |
| Defendants ) | |

### PLAINTIFF'S MOTION FOR LEAVE OF COURT FOR DEPOSITION OF HONORABLE JUDGE JOE H THOMPSON OR IN THE ALTERNATIVE EX PARTE HEARING

Plaintiff, John Anthony Gentry, pursuant to Federal Rules of Civil Procedure Rule 30, hereby requests leave of the Court for deposition by oral examination of The Honorable Judge Joe H Thompson, or in the alternative that the Court Order an Ex Parte Hearing.

Rule 30 states a party may depose any person, including a party. In Plaintiff's Second Amended Complaint (Docket Entry 36, p. 99), Plaintiff identified The Honorable Judge Joe H Thompson as a Witness. Plaintiff respectfully asserts, that deposition testimony, or in the alternative Ex Parte Hearing, would "clear the air" regarding any conflicting views of the facts of the case. Plaintiff asserts this would facilitate all parties to recognize fault or no fault, and

would progress this matter to a meaningful and efficient resolution. As a Pro Se litigant, Plaintiff has no desire to burden this court unnecessarily and suggests a deposition or ex parte hearing with Judge Thompson could facilitate amicable resolution of this matter. Plaintiff also suggests such a deposition or ex parte hearing, may also facilitate the parties' better understanding of the facts which could also facilitate an amicable resolution of this matter.

As Plaintiff has stated to the Court before, Plaintiff is grateful of the Court's understanding that Plaintiff is representing himself Pro Se and does not understand the inner workings of the judicial process and simply desires a just and fair outcome in this matter in the most efficient manner possible.

**WHEREAS PREMISES CONSIDERED, PLAINTIFF PRAYS UPON THE COURT:**

For the Court to grant leave to Plaintiff to conduct deposition of The Honorable Judge Joe H Thompson by oral examination;

Or alternatively, to Order an Ex Parte Hearing requiring the presence of Plaintiff and the Honorable Judge Joe H Thompson.

Respectfully submitted,

/s/ John A Gentry

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and US Mail to;

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

On this the 29th day of June, 2017

John Anthony Gentry, CPA