**XFINITY Connect**

john.a.gentry@comcast.net
± Font Size ±

**RE: Status**

Thu, Apr 10, 2014 09:10 AM

**From :** Sarah Richter <sperky@hollinslegal.com>
**Subject :** RE: Status
**To :** john a gentry <john.a.gentry@comcast.net>

📎 2 attachments

[FILED stamp: 2017 JUL 10 AM 8:09 U.S. DISTRICT COURT MIDDLE DISTRICT OF TN]

Hi John:

I feel that we have a good argument that the entire business is marital property under an implied partnership theory. I attached a case which I think is helpful. You can drop off the retainer and agreement with the receptionist but I need you to sign an oath page to attach to the complaint for divorce when you come in. I've also attached the questionnaire. Please complete the questionnaire and leave it with the receptionist. When do you plan on coming by? I want to make sure we have a notary here for the oath. Thanks.

**Sarah Richter Perky**
Hollins, Raybin & Weissman, P.C.
Fifth Third Center
424 Church Street, Suite 2200
Nashville, Tennessee 37219
Telephone: 615-256-6666
Fax: 615-254-4254
E-Mail: SPERKY@HWYLAW.COM
*To learn more about our practice, please visit our website below:*
WEB: http://www.hwylaw.com/

NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment. If you have received this message in error, please call the sender immediately at (615) 256-6666 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

**From:** john.a.gentry@comcast.net [mailto:john.a.gentry@comcast.net]
**Sent:** Wednesday, April 09, 2014 11:45 PM
**To:** Sarah Richter
**Subject:** Re: Status

Sarah,

Before signing the retainer agreement, I'd like to confirm we have a case. Please review the attached documents and let me know your thoughts.

The password for Divorce Arguments is eaa0tv1965TO683

**EXHIBIT 2**

You had mentioned also that you'd check case law/history to see if a business started by one spouse was considered marital property or if the spouse who did not start the business was only entitled to appreciation. Did you find anything in this regard?

Thanks,

-John

Hi John:

Just wanted to make sure you received the email from my paralegal with the divorce questionnaire and retainer agreement. Thanks.

**From:** "Sarah Richter" <sperky@hollinslegal.com>
**To:** "john a gentry" <john.a.gentry@comcast.net>
**Sent:** Wednesday, April 9, 2014 11:15:02 AM
**Subject:** Status

**Sarah Richter Perky**
Hollins, Raybin & Weissman, P.C.
Fifth Third Center
424 Church Street, Suite 2200
Nashville, Tennessee 37219
Telephone: 615-256-6666
Fax: 615-254-4254
E-Mail: SPERKY@HWYLAW.COM
WEB: http://www.hwylaw.com/

*To learn more about our practice, please visit our website below:*

**NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment. If you have received this message in error, please call the sender immediately at (615) 256-6666 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.**

Baggett.Implied Partnership.pdf

2 MB
**Divorce Interview Form (New Client) - 2008.pdf**
28 KB

Case 3:17-cv-00020   Document 93-2   Filed 07/10/17   Page 3 of 3 PageID #: 2131