XFINITY Connect

john.a.gentry@comcast.net

± Font Size −

FILED

2017 JUL 10 AM 8:09

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**Order**

Mon, Mar 16, 2015 02:45 PM

**From :** Sarah Richter <sperky@hollinslegal.com>

📎 1 attachment

**Subject :** Order

**To :** john a gentry <john.a.gentry@comcast.net>

Hi John:

Please find attached hereto a DRAFT of the Order from last week. Please review and advise of any changes. I will next start working on our response to Mrs. Gentry's income and expense statement and forward to you for review upon completion.

With respect to getting a new job, of course, it helps our case if you do not have a job. However, I understand the economic circumstances. Could you just meet with the headhunter and go on interviews but not accept a job yet? I'd hate for you to get a job before the court decides pendente lite support because that would obviously obviate your need for any support. I think her having to pay you support also puts pressure on her to move this thing along because she's not going to like doing it.

**Sarah Richter Perky**

Hollins, Raybin & Weissman, P.C.
Fifth Third Center
424 Church Street, Suite 2200
Nashville, Tennessee 37219
Telephone: 615-256-6666
Fax: 615-254-4254
E-Mail: SPERKY@HRWYLAW.COM
*To learn more about our practice, please visit our website below:*
WEB: http://www.hrwylaw.com/

NOTICE: This message is intended only for the addressee and may contain information that is privileged, confidential and/or attorney work product. If you are not the intended recipient, do not read, copy, retain or disseminate this message or any attachment. If you have received this message in error, please call the sender immediately at (615) 256-6666 and delete all copies of the message and any attachment. Neither the transmission of this message or any attachment, nor any error in transmission or misdelivery shall constitute waiver of any applicable legal privilege.

📄 **Order.3.10.15.pdf**
16 KB

EXHIBIT 9

7/4/17, 3:12 PM