John A Gentry
208 Navajo Court
Goodlettsville, TN 37072

RECEIVED
IN CLERK'S OFFICE

JUL 1 2 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

10 July, 2017

United States District Court
The Honorable Judge Aleta Trauger
Chambers, Room 825
801 Broadway
Nashville, TN 37203

**RE: Case No. 3:17-cv-0020**

Dear Judge Trauger,

I am writing this letter in hope of your providing guidance in how to resolve this matter amicably and to the reasonable satisfaction of all parties involved. I can recognize possibly, that my sincere desire to bring about change may be flawed in seeking change through the federal courts rather than through the legislative process. However, there are still some very serious issues that must be addressed and rectified. If the court can suggest any reasonable manner to resolve this case amicably, I will comply with any reasonable possible solution the court deems appropriate. I humbly seek honest advice and open dialogue.

This case came about as a result of my seeking the state's protection from my ex-wife's serious anger management issues that were escalating to violence. Instead of finding the rightful protection I sought, I found myself at the mercy of individuals bent on depriving me my constitutional rights, property, and even my dignity.

Due to the simple fact that I desired divorce because I could no longer live with my ex-wife's anger management issues, out of anger and hurt, my ex-wife used her position in the company I made successful, to cancel my bank and credit cards, cancel my health insurance, confiscate my sole source of transportation, and terminate my employment leaving me destitute. Of course, my ex-wife's behavior was in violation of state statutory injunction but instead of state court enforcing statutory injunction, I was repeatedly deprived due process. I was repeatedly denied the opportunity to present evidence, testimony, and arguments and multiple federal laws were violated and criminal actions were committed against me.

During my marriage, I worked hard to build a successful business and create a patent pending product with worldwide distribution. I worked hard to provide a good life for myself and for my family. As a result of my work, I created jobs in Tennessee and across the nation, and in exporting my product overseas, I made a small contribution to the balance of trade.

As a result of the rights and federal law violations committed against me, I have been made insolvent, will likely lose my home, cannot afford needed medical care and I have suffered great emotional trauma. Despite these travesties of justice committed against me, I remained respectful of the judiciary throughout proceedings. I have repeatedly stated throughout my pleadings, that I wholeheartedly believe in our system of justice. Indeed, my seeking redress in the federal courts is proof I believe in our system of justice.

As this court must know by now, I am tenacious, resourceful, and unwavering in my commitment to seeking justice. While I recognize I may misinterpret the intent, and perhaps don't understand the process of the federal courts; actions by the court such as requiring notice to me by "first class mail (only)", appear to me as "nuances" of the federal court legal process that could result in dismissal of my case. This court probably recognizes by now that I have learned to immediately recognize and navigate my way around these "nuances" of the federal court legal process.

As a former Force Reconnaissance Marine and as a Certified Public Accountant, I have the intestinal fortitude and intellect to "stay the course." Unlike many who are subjected to rights violations, I will not succumb and surrender. As a United States Marine, I swore an oath to defend the constitution, as you did in your oath of office. I ask you to stand with me and help me find a way to preserve what our founding fathers and many veterans have fought and sacrificed to preserve and protect.

Throughout this process, I have "*Petitioned for Redress in the most humble terms,*" and will continue to do so, until I have exhausted every possible legal remedy. Unfortunately, each of my petitions for redress through state oversight agencies (Ct of Appeals, Bd of Judicial Conduct, etc.) have been answered with "*repeated injury.*" As each layer of oversight compounds injury against me, these oversight agencies are forced to sacrifice their own integrity with the good intention of preserving "Public Trust" and "judicial integrity." This not only causes me harm but it also harms the integrity of the legal system, due to the fact that each layer of oversight is forced

to sacrifice their own integrity through imprudent attempts to preserve "Public Trust" and "judicial integrity."

Again, as a Force Recon Marine, and in the tradition of the Marine Corps, and because of my commitment to our great country, I will not surrender. I will not be put aside by the "nuances" of the legal process. I will continue unwaveringly to seek every possible legal remedy. While I know the chance of success is small, I will continue to petition for redress in the appellate court and if necessary to the U.S. Supreme Court.

In addition to petitioning for redress through our federal courts, I also intend to seek redress through "Executive Intervention." As you know, "The People" have spoken loud and clear that we have had enough of "business as usual" and we have elected a president who is not part of the entrenched establishment. As President Trump stated in his recent historic Warsaw speech:

> **And above all, we value the dignity of every human life, protect the rights of every person, and share the hope of every soul to live in freedom. That is who we are. Those are the priceless ties that bind us together as nations, as allies, and as a civilization.**
>
> What we have, what we inherited from our -- and you know this better than anybody, and you see it today with this incredible group of people -- what we've inherited from our ancestors has never existed to this extent before. **And if we fail to preserve it, it will never, ever exist again. So we cannot fail.** (*President Donald Trump, Warsaw Poland, July 6, 2017*)

I understand and recognize that the probability of my being heard by President Trump is low. However, this court likely recognizes by now that I am resourceful, creative, diligent, intelligent, articulate, and unwavering in seeking justice. So perhaps, just perhaps, maybe I will be heard.

I would like to remind you Judge Trauger, the Defendants in this case are nothing more, nothing less than "Confidence Men."

> Confidence men are not "crooks" in the ordinary sense of the word. They are suave, slick and capable. **Their depredations are very much on the genteel side. Because of their high intelligence, their solid organization, the widespread convenience of the law**, and the fact that the victim [sometimes] must admit criminal intentions if he wishes to prosecute, **society has been neither willing nor able to avenge itself affectively**. (*See Docket Entry 86 EXHBIT 2 Scamming: The Misunderstood Confidence Man, Yale Journal of Law & the Humanities p. 250*)"

I respectfully assert and believe that this is not the America you want, where constitutional rights can be trampled upon by "Confidence Men" and persons like me can be deprived of property and dignity. It is most certainly not the America our founding fathers and veterans have fought and sacrificed to create, preserve and protect.

In closing, I would like to redirect your attention back to the well evidenced facts that federal laws were violated and crimes were committed against me. I beg your guidance in how to rectify these wrongs committed against me in a manner that is acceptable to all parties. Again, I will comply with the desires of the court that provide a reasonable resolution of this matter.

I would also like to express my apology for my tenacity in this case thus far. Perhaps my tenacity is a little "over the top." My nature as a Marine and as a CPA is to be straight-forward, and diligent. Through review of my work in this case, I hope you will see that my intentions are pure and know I have had no desire to bring the judiciary into disrepute. Unfortunately, the Defendants in this case have gone too far and have created a problem that does not have an easy answer. It is for this reason too, I seek your guidance.

Your Honor, please accept my sincere gratitude for your consideration of this matter. If I am out of line in writing this communication, I hope you will forgive me. I only hope to establish the court's trust that I desire the best resolution of this matter that is acceptable to all parties and to request your guidance. If the court, or any of the parties desire to confer, I welcome the opportunity.

cc:

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201

Respectfully,

John A Gentry, CPA
208 Navajo Court
Goodlettsville, TN 37072
john.a.gentry@comcast.net

John A Gentry
208 Navajo Court
Goodlettsville, TN 37072

CERTIFIED MAIL®

7016 1370 0000 6281 3399

GOODLETTSVILLE
TN 370
08 JUL 17
PM 6 L

**RECEIVED**
IN CLERK'S OFFICE

JUL 1 2 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

37203-380000

United States District Court
The Honorable Judge Aleta Trauger
Chambers, Room 825
801 Broadway
Nashville, TN 37203





U.S. POSTAGE
PAID
GOODLETTSVILLE, TN
37072
JUL 08, 17
AMOUNT
**$4.05**
R2303S100913-09
37203