IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 3:17-0020 |
| vs. ) | |
| ) | |
| THE STATE OF TENNESSEE; ) | |
| PAMELA ANDERSON TAYLOR; ) | |
| BRENTON HALL LANKFORD; ) | JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; ) | |
| UNNAMED LIABILITY INSURANCE ) | |
| CARRIER(S); Et al ) | |
| ) | |
| Defendants ) | |

**NOTICE OF INTENT TO RESPOND TO DEFENDANT PERKY'S "RESPONSE OPPOSING PLAINTIFF'S MOTION TO FILE A THIRD AMENDED COMPLAINT"**

Plaintiff respectfully hereby gives notice of his intent to respond to Defendant SARAH RICHTER PERKY'S "Defendant's Response Opposing Plaintiff's Motion To File A Third Amended Complaint" filed on July 12, 2017 (Docket Entry 98).

Plaintiff respectfully requests this Honorable Court to delay entering a judgement on his Motion For Leave To Amend (Docket Entry 92) and supporting memorandum (Docket Entry 93) until Plaintiff has had an opportunity to respond to Defendant's opposing response (Docket Entry 98). Defendant SARAH RICHTER PERKY filed her opposing response (Docket Entry 98) on July 12, 2017. Plaintiff only asks for five (5) days (which includes weekend) to respond

1

and will file a response on July 17, 2017. Plaintiff should be allowed to respond so as to ensure both parties' arguments are fairly heard.

On Plaintiff's previous Motion for Court Review (Docket Entry 56), Defendant's PERKY, TAYLOR, and LANKFORD opposed Plaintiff's Motion for Court Review on May 11, 2017 and May 15, 2017 (Docket Entries 58 and 59) respectively. This Honorable Court entered its decision on May 15, 2017 and Plaintiff was not provided adequate time to respond.

Plaintiff only seeks a fair opportunity to present his arguments of law and supporting authorities so as to ensure a fair and just decision is rendered by this Honorable Court. Since Plaintiff only seeks until July 17, 2017 and just five (5) days, this matter should be nunc pro tunc.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed with the Court Clerk's Office personally, and will be filed electronically by the Court Clerk's Office, and served through the electronic filing system on this the 13th day of July 2017 to:

| | |
|---|---|
| Lauren Paxton Roberts<br>Erika R. Barnes<br>Stites & Harbison<br>401 Commerce Street, Suite 800<br>Nashville, TN 37219<br>lauren.roberts@stites.com | William S. Walton<br>Butler Snow, LLP<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Nashville, TN 37201<br>bill.walton@butlersnow.com |

and served by email and first-class mail, postage prepaid on this the 13th day of July, 2017 to:

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

_____
John Anthony Gentry, CPA

3