# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JOHN ANTHONY GENTRY, sui juris/pro se** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CASE NO. 3:17-0020** |
| ) | |
| **THE STATE OF TENNESSEE; PAMELA** ) | |
| **ANDERSON TAYLOR; BRENTON HALL** ) | |
| **LANKFORD; SARAH RICHTER PERKY;** ) | **JURY TRIAL DEMANDED (12)** |
| **UNNAMED LIABILITY INSURANCE** ) | |
| **CARRIER(S); ET AL.** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

Defendants Pamela Anderson Taylor and Brenton Hall Lankford (collectively, "Defendants"), hereby give notice of their filing of the attached Order from the Davidson County Circuit Court denying Plaintiff's Motion to Alter or Amend the January 26, 2017 Order dismissing Mr. Gentry's Complaint in the State Court case against Defendants. Defendants are filing this attached Order in further support of their Motion to Dismiss all claims against them found at Docket No. 45.

Respectfully submitted,

*s/ Lauren Paxton Roberts*
Erika R. Barnes (BPR #028628)
Lauren Paxton Roberts (BPR #025049)
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Telephone: (615) 782-2252
Fax: (615) 742-0734
e-mail: ebarnes@stites.com
e-mail: lauren.roberts.com

*Counsel for Defendants Pamela Anderson Taylor and Brenton Hall Lankford*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2017, a true and correct copy of the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's filing system. The filing was also served by electronic mail and first-class mail, postage pre-paid, upon:

John Anthony Gentry
208 Navajo Court
Goodlettsville, TN 37072

*s/ Lauren Paxton Roberts*
Lauren Paxton Roberts
