IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) <br> ) <br> Plaintiff ) <br> ) CASE NO. 3:17-0020 <br> vs. ) <br> ) <br> THE STATE OF TENNESSEE; ) <br> PAMELA ANDERSON TAYLOR; ) <br> BRENTON HALL LANKFORD; ) JURY TRIAL DEMANDED(12) <br> SARAH RICHTER PERKY; ) <br> UNNAMED LIABILITY INSURANCE ) <br> CARRIER(S); Et al ) <br> ) <br> Defendants ) | |

**PLAINTIFF'S NOTICE OF FILING OF STATE COURT DOCUMENTS:
CASE NO. 16C2615**

Plaintiff, John Anthony Gentry, hereby gives notice of his filing of the attached state court documents, Case No. 16C2615:

- "Plaintiff's Response To Defendant's Motion To Dismiss And Plaintiff's Motion For Permission To Amend Complaint" EXHIBIT 1

- "Notice of Hearing" EXHIBIT 2

- "Plaintiff's Motion to Alter And Motion To Conduct Evidentiary Hearing" EXHIBIT 3

1

- "Plaintiff's Memorandum of Law In Support Of Plaintiff's Response To Defendants' Motion To Dismiss And In Support of Plaintiff's Motion To Strike Or In The Alternative Motion To Recuse" EXHIBIT 4
- Transcript of Proceedings, Case No. 16C2615, December 9, 2016. EXHIBIT 5
- Motion For Status Ruling. EXHIBIT 6

Plaintiff is filing the above state court documents in further support that Defendants' PAMELA ANDERSON TAYLOR, and BRENTON HALL LANKFORD'S Motion to Dismiss (Docket Entry 45) should be denied with prejudice. Plaintiff is also filing these documents as further proof of the "Corrupt Racketeering Enterprise" that is the state of Tennessee legal system, and proof of denial of due process, failure to provide Equal Protection under the law, breach of fiduciary duty, legal monopoly, assignment of title nobility (above the law), and conspiracy to deprive constitutional rights by Defendant State of Tennessee.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed with the Court Clerk's Office personally, and will be filed electronically by the Court Clerk's Office, and served through the electronic filing system on this the 21st day of July 2017 to:

Lauren Paxton Roberts  
Erika R. Barnes  
Stites & Harbison  
401 Commerce Street, Suite 800  
Nashville, TN 37219  
lauren.roberts@stites.com

William S. Walton  
Butler Snow, LLP  
The Pinnacle at Symphony Place  
150 Third Avenue South  
Nashville, TN 37201  
bill.walton@butlersnow.com

and served by email and first-class mail, postage prepaid on this the 21st day of July, 2017 to:

Stephanie A. Bergmeyer  
Office of the Atty. Gen. and Reporter  
P.O. Box 20207  
Nashville, TN 37202-0207  
Stephanie.bertmeyer@ag.tn.gov

John Anthony Gentry, CPA