# IN THE CIRCUIT COURT FOR DAVIDSON COUNTY TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JOHN ANTHONY GENTRY,<br>Plaintiff<br><br>vs.<br><br>PAMELA ANDERSON TAYLOR, and<br>BRENTON HALL LANKFORD<br>Defendants, Jointly and Separately | CASE NO. 16C2615<br><br>JURY DEMANDED (12) |

## NOTICE OF HEARING

Now comes, Plaintiff, JOHN ANTHONY GENTRY, as Pro Se Counsel, and gives Notice to all parties in this cause that the following matters are set for hearing on the 9th Day of December, 2016 at 9:00AM; (1) Plaintiff's Response to Defendant's Motion to Dismiss And Plaintiff's Motion for Permission to Amend Complaint, (2) Defendants' Motion to Dismiss, (3) Defendants' Memorandum In Support of Motion to Dismiss, (4) Plaintiff's Memorandum of Law In Support of Plaintiff's Response to Defendants' Motion to Dismiss and In Support of Plaintiff's Motion to Strike or in the Alternative Motion to Recuse, (5) Motion to Refuse Party Prepared Orders or in the Alternative Motion To Require Agreed Upon Party Prepared Orders, and (6) Plaintiff's Motion to Strike or in the Alternative Motion to Recuse.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
John.a.gentry@comcast.net

**EXHIBIT 2**

1

**THESE MOTIONS ARE SET TO BE HEARD ON FRIDAY, DECEMBER 2, 2016 AT 9:00 A.M.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email and via First Class US Mail, postage prepaid to;

Lauren Paxton Roberts
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219
Counsel for Defendants, Pamela A. Taylor and
Brenton H. Lankford

On this the 23rd day of November, 2016

John Anthony Gentry, CPA, Pro Se