# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 3:17-0020 |
| vs. ) | |
| ) | |
| THE STATE OF TENNESSEE; ) | |
| PAMELA ANDERSON TAYLOR; ) | |
| BRENTON HALL LANKFORD; ) | JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; ) | |
| UNNAMED LIABILITY INSURANCE ) | |
| CARRIER(S); Et al ) | |
| ) | |
| Defendants ) | |

---

### PLAINTIFF'S RESPONSE TO NOTICE OF FILING

---

Comes now Plaintiff, John Anthony Gentry, in response to Defendants PAMELA ANDERSON TAYLOR and BRENTON HALL LANKFORD'S, Notice of Filing (Docket Entry 103). Defendants TAYLOR and LANKFORD, falsely assert a plainly erroneous and false application of law, issued through fraud upon the court, is evidence of their innocence when in fact the opposite is true.

Thorough examination of the evidence of that case proves beyond any doubt whatsoever that Defendant's TAYLOR and LANKFORD are treated by the Defendant State of Tennessee, through it agents and agencies of the state, as above the law and not subject to the law.

1

Moreover, through examination of the pleadings, transcripts, memorandums of law, etc., of that case further prove that Defendant State of Tennessee is, (1) in breach of fiduciary duty, (2) violation of due process of law by not upholding the law, (3) fails to provide Equal Protection of the law, (4) has created a legal monopoly, and (5) through its agents, agencies of the state, conspires to deprive US Citizens of their constitutional rights and dignity.

EXHIBIT 1 of PLAINTIFF'S NOTICE OF FILING OF STATE COURT DOCUMENTS: CASE NO. 16C2615 proves his case should not have been dismissed.

EXHIBIT 2 of PLAINTIFF'S NOTICE OF FILING OF STATE COURT DOCUMENTS: CASE NO. 16C2615 proves Defendants' conspired to not provide notice of hearing date change. Plaintiff will present at an evidentiary hearing further documented evidence of this assertion.

EXHIBIT 3 of PLAINTIFF'S NOTICE OF FILING OF STATE COURT DOCUMENTS: CASE NO. 16C2615 proves the trail court judge in that case was made well aware of her fraud upon the court, and violation of Plaintiff's right to due process and equal protection under the law.

EXHIBIT 4 of PLAINTIFF'S NOTICE OF FILING OF STATE COURT DOCUMENTS: CASE NO. 16C2615 further proves his case should not have been dismissed.

EXHIBIT 5 of PLAINTIFF'S NOTICE OF FILING OF STATE COURT DOCUMENTS: CASE NO. 16C2615 proves beyond any doubt that Plaintiff presented substantive arguments of law and exhaustive higher court opinion proving his case should not have been dismissed and the trial court judge's obvious fraud upon the court.

2

EXHIBIT 6 of PLAINTIFF'S NOTICE OF FILING OF STATE COURT DOCUMENTS: CASE NO. 16C2615 proves the trial court judge in that case was in violation of the Code of Judicial Conduct and state statute in failing to rule timely.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed with the Court Clerk's Office personally, and will be filed electronically by the Court Clerk's Office, and served through the electronic filing system on this the 21st day of July 2017 to:

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

and served by email and first-class mail, postage prepaid on this the 21st day of July, 2017 to:

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

_____
John Anthony Gentry, CPA