FILED
2017 JUL 31 AM 8:07
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 3:17-0020 |
| vs. ) | |
| ) | |
| THE STATE OF TENNESSEE; ) | |
| PAMELA ANDERSON TAYLOR; ) | |
| BRENTON HALL LANKFORD; ) | JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; ) | |
| UNNAMED LIABILITY INSURANCE ) | |
| CARRIER(S); Et al ) | |
| ) | |
| Defendants ) | |

### PLAINTIFF'S MOTION FOR EXHIBITS ATTACHED TO DOCKET ENTRY 54 BE PROPERLY REFLECTED IN THE RECORD

Comes now your Plaintiff, John Anthony Gentry hereby requesting the Court to order that Plaintiff's EXHIBITS 1 – 3 be properly reflected in the record as separate attachments to Docket Entry 54: *Plaintiff's Response To Defendant SARAH RICHTER PERKY'S Motion To Dismiss And Incorporated Memorandum of Law*, Filed April 24, 2017.

EXHIBIT 1 of Docket Entry 54 is a short biography of Defendant Perky evidencing her expertise in family law and her high level of intellect, proving basis that she made false statements in a court of law, in conspiracy with The Honorable Judge Joe H Thompson and Defendant's PAMELA ANDERSION TAYLOR and BRENTON HALL LANKFORD in a

1

malicious effort to deny Plaintiff due process and deny him his rightful property causing Plaintiff great financial and emotional harm.

EXHIBIT 2 of Docket Entry 54 is a signed affidavit by Defendant SARAH RICHTER PERKY further proving that she made a false statement in a court of law "... *I've done extensive research*" when in fact her own affidavit proves she did not.

EXHIBIT 3 of Docket Entry 54 has now been entered in the record three times because it was improperly recorded twice, it was first improperly not recorded as an attached exhibit in Docket Entry 54. Then a second time it was improperly not recorded as an attached exhibit in Docket Entry 85. Due to the previous two errors in recording, Plaintiff included it a third time as an exhibit to Docket Entry 90. The full version of this document attached as an exhibit to Docket Entry 90, proves there is a national problem of no oversight by the states of the judiciary.

Based on her actions and evidence already included in the record, Defendant SARAH RICHTER PERKY is obviously a "Corrupt Racketeer" and "Confidence Woman" (See Docket Entry 86, Exhibit 2) who conspired against her own client, which is not only "Seriously Culpable Conduct" but renders her an "Oath Breaker" in maliciously violating her contractual obligations and her oath to defend the constitution.

Plaintiff's evidence proving these assertions, included as exhibits 1 – 3 of Docket Entry 54 should be properly reflected in the record as separate attached documents, and not unintentionally concealed from public view by making it a part of the main document and after the Certificate of Service page. Clearly exhibits are attached separately in PACER for easy reference and location.

2

Case 3:17-cv-00020   Document 107   Filed 07/31/17   Page 2 of 4 PageID #: 2445

**WHEREAS PREMISES CONSIDERED, PLAINTIFF PRAYS UPON THE COURT:**

For the Court to issue Order upon the Clerk's Office, that the record be modified and Plaintiff's Exhibits 1 – 3 be attached as separate documents to Docket Entry 54.

Respectfully submitted,

_____
John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed with the Court Clerk's Office personally, and will be filed electronically by the Court Clerk's Office, and notice served through the electronic filing system on this the 31st day of July 2017 to:

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

John Anthony Gentry, CPA