IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se )<br>)<br>Plaintiff )<br>)<br>) CASE NO. 3:17-0020<br>vs. )<br>)<br>THE STATE OF TENNESSEE; )<br>PAMELA ANDERSON TAYLOR; )<br>BRENTON HALL LANKFORD; ) JURY TRIAL DEMANDED(12)<br>SARAH RICHTER PERKY; )<br>UNNAMED LIABILITY INSURANCE )<br>CARRIER(S); Et al )<br>)<br>Defendants ) | |

---

**PROPOSED TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION AGAINST DEFENDANT STATE OF TENNESSEE**

---

Plaintiff, John Anthony Gentry, pursuant to Federal Rules of Civil Procedure Rule 65, has filed a Complaint for Permanent Injunction and Other Equitable Relief and has applied for a temporary restraining order and an order to show cause why a preliminary injunction should not issue pursuant to Rule 65 of the Federal Rules of Civil Procedure, for Defendants acts or practices in violation of the Fourteenth Amendment of the United States Constitution.

### FINDINGS OF FACT

This Court, having considered Plaintiff's Complaint, Application for Temporary Restraining Order, Memorandum, and Authorities, exhibits, and all other papers filed in support of Plaintiff applications, finds that:

1

1. This Court has jurisdiction over the subject matter of this case, and there is good cause to believe it will have jurisdiction over all the parties hereto, and that venue in this District Court is proper.

2. There is good cause to believe Defendants have engaged in, and are likely to continue to engage in, acts and practices that violate the Fourteenth Amendment of the U.S. Constitution and that the Plaintiff(s) are likely to prevail on the merits of this action.

3. There is good cause to believe that past and future complainants will suffer immediate and irreparable harm from Defendants' ongoing violations of the Fourteenth Amendment of the United States Constitution unless Defendants are restrained and enjoined by this Court's entry of a Temporary Restraining Order ("ORDER").

4. There is good cause to believe that immediate and irreparable damage to the Court's ability to grant effective and final relief to all complainants and plaintiffs including; restitution, damages, and punitive damages unless they are immediately restrained and enjoined by order of this Court and that in accordance with Fed. R. Civ. P. Rule 65(b), the interest of justice requires that the Plaintiff's Motion be heard and granted without prior notice to Defendants.

5. Considering the Plaintiff's likelihood of ultimate success and weighing the equities, a temporary restraining order and injunction and other equitable relief is in the public interest.

6. Since the Court's order does not place any burden whatsoever on the Defendants for issuance of a restraining order, no security is required of Plaintiff(s).

## **ORDER**

**IT IS THEREFORE ORDERED,** that Defendant State of Tennessee, and its officers, agents, servants, employees, and attorneys, and all other Persons in active concert or

participation with any of them, who receive actual notice of this ORDER, by personal service or otherwise, whether acting directly or through an subsidiary, division, or other device, are here by temporarily restrained and enjoined from:

- A. Failing to provide Equal Protection under the law, and wrongfully dismissing complaints against judges filed by persons who are not members of the legal profession.
- B. Destroying, erasing, mutilating, concealing, altering, transferring, or otherwise disposing of, in any manner, directly or indirectly, any Documents or records that relate to complaints against judges filed by any person and specifically;
    - a. Names and addresses of any and all persons who have filed complaints against judges.
    - b. Complaints of judicial misconduct filed by any and all persons.
    - c. Letters and copies of letters dismissing complaints against judges filed by any and all persons.
- C. Failing to create and maintain documents that, in reasonable detail, accurately, fairly, and completely reflect Defendants' complaint processing by Defendants.

**IT IS FURTHER ORDERED** that Defendant, within ten (10) business days of service of this Order, shall prepare and deliver to Plaintiff as Pro Se counsel a list of names, addresses, phone numbers and email address for any and all persons who have filed a complaint against a judge with the Tennessee Board of Judicial Conduct during the three-year period occurring prior to the entry date of this ORDER.

**IT IS FURTHER ORDERED** that copies of this Order may be served by facsimile transmission, email, personal or overnight delivery, or U.S. Mail, by Plaintiff as pro se counsel. For purposes of service on anyone in possession of records, actual notice of this Order shall be deemed complete upon notification by any means including, but not limited to, notice by service by facsimile transmission of the first page and last page of this Order.

3

Case 3:17-cv-00020   Document 109-3   Filed 08/07/17   Page 3 of 4 PageID #: 2498

**IT IS FURTHER ORDERED** that Defendants shall immediately provide a copy of this Order to each its officers, directors, employees, independent contractors, agents, attorneys, spouses and representatives, and shall within three (3) calendar days from date of entry of this Order, provide Plaintiff as pro se counsel with a sworn statement that (1) confirms that Defendants have provided copies of the Order as required by this Section; and (2) lists the names and addresses of each Person to whom Defendants provided a copy of the Order.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order granted herein shall expire on the _____ day of _____, _____, at _____ __M, unless within such time the Order, for good cause shown, is extended, or unless, as to any Defendant, the Defendant consents that it should be extended for a longer period of time.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(b), each of the Defendants shall appear before this Court on the _____ day of _____, 2017 at _____ __M, to show cause, if there is any, why this Court should not enter a preliminary injunction, pending a formal ruling of the Complaint, enjoining the violations of law alleged in the Plaintiff's Complaint, and imposing such additional relief as may be appropriate.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of the matter for all purposes.

SO ORDERED, this _____ day of _____, 2017 at _____ __M.

_____
United States District Judge