# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
## CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se ) | |
| ) | |
| Plaintiff ) | |
| ) | CASE NO. 3:17-0020 |
| vs. ) | |
| ) | |
| THE STATE OF TENNESSEE; ) | |
| PAMELA ANDERSON TAYLOR; ) | |
| BRENTON HALL LANKFORD; ) | JURY TRIAL DEMANDED(12) |
| SARAH RICHTER PERKY; ) | |
| UNNAMED LIABILITY INSURANCE ) | |
| CARRIER(S); Et al ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S NOTICE OF FILING OF REQUESTS FOR PRODUCTION OF DOCUMENTS FROM DEFENDANTS: STATE OF TENNESSEE, PAMELA A. TAYLOR & BRENTON H. LANKFORD AND SARAH RICHTER PERKY**

Plaintiff, John Anthony Gentry, representing himself, hereby gives notice of his service and notice to Defendants: State of Tennessee, PAMELA ANDERSON TAYLOR, BRENTON HALL LANKFORD, AND SARAH RICHTER PERKY for requests for production of documents pursuant to Fed. Rules of Civ. P. Rules 45, 34, and 26(d)(1).

Plaintiff is filing these documents due to the nature of the case gravely affecting "Pubic Interest" and to ensure this Honorable Court is kept apprised of the progression of the case. Due to the fact that the court exempted this case from initial disclosures and customized case management, and because the Court has not held a scheduling conference, Plaintiff respectfully

1

asserts the Court should be kept aware of the progression of the case.  Plaintiff sincerely does not desire to burden the Court with reviewing discovery requests, and merely seeks to keep the Court aware of the progression of the case, especially considering the nature of the case and allegations made by Plaintiff that are well supported by evidence already in the record.

**Plaintiff also respectfully asserts that it is critical he be provided discovery prior to conducting Plaintiff's requested evidentiary hearing**.

Respectfully submitted,

_____
John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed with the Court Clerk's Office personally, and will be filed electronically by the Court Clerk's Office, and notice served through the electronic filing system on this the 14TH day of August 2017 to:

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

John Anthony Gentry, CPA

3