FILED
2017 AUG 21 AM 8: 02
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Home   Video   Politics   U.S.   Opinion   Business   Entertainment   Tech   Science   Health   Travel   Lifestyle   World

# System Intended to Protect Children Under Fire for Overzealousness

Published February 06, 2002
Fox News

An obese girl is yanked from her parents in Arizona. A New York couple loses custody of their son because they re drug him with Ritalin. A Colorado boy is stripped and examined by school officials because he said he'd been span morning. A Christian mother loses her daughter for teaching forgiveness.

ADVERTISEMENT

Prudent precaution on the part of America's child protective services agencies or proof positive of a system run am

Cases like these are fueling what is becoming a growing backlash against state child protective services. It's a mov swelling as more and more examples surface of parents being snared in a system that critics say uses murky defin child abuse to dictate private family values, child-rearing methods, lifestyle choices, and even religious practices.

Overzealousness in efforts to protect children may seem an odd charge. But an expanding group of critics — from rights activists to doctors to social workers — claim a system designed to help children is spiraling out of control. A once criticized for not doing enough may now be doing too much, they say.

**Money Motives?**

Activists lay part of the blame for what critics call a "frantic kidnapping frenzy" on the Adoption and Safe Families A 1997, legislation that rewards states with cash "bonuses" of $4,000-$6,000 per kid and other windfalls for each chil permanently adopted out of foster care.

EXHIBIT 1

Case 3:17-cv-00020   Document 111-1   Filed 08/21/17   Page 1 of 6 PageID #: 2538

The law was intended to prevent children from languishing in foster care. In addition to the bonuses, the ASFA also removed protections for parental rights and made getting families back together a priority. Under the new law, thoug states have much more leeway in deciding whether their social workers made a "reasonable effort" to reunite a fam

The U.S. Department of Health and Human Services considers the ASFA a sparkling success.

The HHS' Lynn Henison says the bonuses were meant to apply only to adoption-eligible children already in the sys The money, she says, prods states into cutting through red tape and moving kids into permanent homes.

But how those kids wind up in the system in the first place is left to the individual states. It is this fact — and the mo motive — that has critics outraged.

"The people getting the money for the children should not be the same people deciding to take the children," said E Dacus, president of the Pacific Justice Institute, a Sacramento, Calif., organization that provides legal support to ca involving parental rights, religious rights and civil liberties.

Nev Moore, founder of the Massachusetts-based Justice For Families, said states need a steady supply of adoptio eligible kids to keep the federal dollars flowing. In some states, social workers are even paid individual cash bonus each child they take into custody.

"Each child has a dollar value," she said.

Harry Spence, Massachusetts' new Department of Social Services (DSS) commissioner, dismisses such charges a "perverse and ludicrous," and said the critics making these allegations are putting kids at risk.

"If you think these kids haven't been harmed, then you think it's about money," Spence said. "They are wild and irresponsible charges," he said.

**Defining Abuse**

In a high-profile case last summer in Ware, Mass., a one-day-old baby was taken from its mother. The alleged negl The mother was not holding the baby or the bottle correctly when she fed her newborn. A trial is set for March to de if the mother, 27-year-old Diana Ross, will lose her parental rights.

Ross is currently fighting the state of Massachusetts for an older child also in foster care, and is suing the state bec third child died while in state custody. The state took Ross' older children because they were frequently found wanc alone outside. Because of her history, Massachusetts DSS required the hospital to file an abuse report even thougl nurse filing the report noted that the hospital staff was unable to observe or establish any abuse or neglect.

There's no question that in many cases, like Ross', parents can come under state scrutiny for good reasons. But fa activists say parents with a legitimate need for assistance from the state often wind up being branded abusers ever physical or sexual abuse is not alleged.

In 1999, according to the National Child Abuse and Neglect Reporting System, 49,000 children were placed in fost based on "unsubstantiated" reports of abuse and neglect. Of the 900,000 substantiated cases of child abuse filed e year, almost 40 percent fall under a vague "other" category separate from physical or sexual abuse or serious negl remaining 60 percent are mostly for neglect.

It is those "unsubstantiated" and "other" cases — almost 400,000 of them — that gall the likes of Nev Moore. "Chil( needs to be defined as a deliberate act with the intent to harm," she argues.

Activists say home schooling, devout religious practices, persistent diaper rash, scratches from a new pet puppy, n intolerance, cystic fibrosis, a broken home heating system, and messy housekeeping have all been documented n( abuse or neglect, but as the reason for taking a child into state custody.

Spanking, for example, is frequently the basis for abuse complaints filed by caseworkers, teachers and doctors, ev though spanking is not defined as abuse and some states have gone so far as to specifically legislate the right of p to spank their children.

"These social workers often have different philosophies than the parents of what's in the best interest of the child," said Dacus. "Lifestyle issues come into play. So you have a large portion of children being taken from parents by st put in a stranger's home perhaps with totally different values and social and ethical and sexual lifestyles than their parents," he said.

"We get a lot of everyday childhood injuries. We had a case where a father grabbed his 16-year-old daughter's arm her from getting on a motorcycle," Moore said. "We've seen reports where the abuse is 'arguing in front of children.

"It can come down to the inappropriate, individualized judgement of a caseworker," said Cornell University's James Garbarino, who trains social workers and just published a new book, *Parents Under Siege*. "It is sometimes danger they have this authority."

But those in the trenches say that evaluating cases based on a strict definition of abuse is almost impossible in a multicultural world where views on parenting differ wildly and families can be stricken with tremendously complex a infinite numbers of problems and issues.

"I think ... that this is an enormously complicated area of law and social practice where the question is between acc parental behavior and what constitutes endangering the welfare of a child," Spence said. "There is always a place \ you make a decision on that boundary."

Massachusetts has very clear laws defining abuse and neglect, yet many cases still are judgment calls.

"In a huge, complex culture that is multicultural, there is no easy place to go to define [abuse]," Spence said. "I thin debate goes back and forth all the time and must go on and continue."

**Thin, Gray Line**

Dennis Sklenar, a social worker at New York University Medical Center in New York City, has seen just about every his 23 years on the job. He still recalls vividly the afternoon 10 years ago when a father wheeled the corpse of his t year-old daughter he had beaten to death into the hospital lobby in her stroller.

But Sklenar also recalls with equal horror a case in which a family came close to being destroyed because their ba suffered from a rare medical condition that presented itself as classic signs of abuse.

Hospital social workers, emergency room doctors and pediatricians detect abuse by determining if parents' accoun how the child sustained an injury match the injury, Sklenar said. There are injuries, like spiral fractures and certain I traumas, that cannot be explained away the way some bruises or burns can.

Case 3:17-cv-00020   Document 111-1   Filed 08/21/17   Page 3 of 6 PageID #: 2540

The infant the young couple brought into the hospital one Friday night had fluid collections on the brain, a head trau the doctors could only explain as abuse-related. But the parents did not have a suspicious story or send out other v signals, he said.

"Everyone was crazed that we had to report this," Sklenar recalls. "We kept saying, this family is going to be destro said.

The case was reported, and social workers went to the family home and strip-searched the couple's 19-month-old child looking for bruises or other signs of abuse. They found none. On Monday, a neurosurgeon found that the infai suffered from a congenital medical condition that produced the brain fluid.

"At that point, the damage was done. The family was traumatized and accused of abuse," Sklenar said.

Dr. Steven Kairys, professor of pediatrics at the Robert Wood Johnson Medical Center in New Brunswick, N.J., and director of the American Academy of Pediatrics, said even doctors and hospital social workers are wary of the child protective system these days.

"There is a fair amount of mistrust between the medical community and CPS," Kairys said. "Some doctors feel the too arbitrary with its decisions. They're not done in a way that fits the evidence," he said.

"Child welfare workers are asked by the public to exercise judgments that are more life-and-death judgments than other public employee other than police officers," Spence said. They are asked to predict the future and to often en dangerous situations, he said. "Mistakes are made both ways," he said.

In hospitals, a team of doctors and social workers consult with each other to round out an abuse evaluation, and SI cautioned against social workers making abuse evaluations by themselves. But the cases reported from doctors ar hospitals are usually clearer-cut cases of physical or sexual abuse or serious neglect, and only 2-3 percent of abus reports come from doctors, Kairys said. Most are filed by teachers, neighbors and through anonymous tips, and mc these fall into cases of neglect that are much more difficult to determine.

It's these cases where kids are removed from homes for undefined "other abuses" that cause the problem.

Activists say a clear policy that prevents state and city services from taking kids out of their homes for reasons othe physical or sexual abuse or serious neglect would take the gray areas out of judgments while protecting families. Ir they say, reforms would actually help abused children by reducing social workers' caseloads, clearing the backlogg docket of family courts, and allowing the system to focus on the children and families most in need.

Spence said state agencies are "moving rapidly" to initiate policies that recognize the importance of the biological f and that it is the state's responsibility to continually improve the system based on experience. But if public opinion i swaying toward family preservation and parental rights, a decade ago it was swinging hard against those priorities. said state agencies can't tailor their policies to public opinion.

"One of the things agencies struggle with is not to swing back and forth between these extremes," he said. "There i critical responsibility to keep building and learning upon actual experience in case after case of what constitutes ris said.

However, the neat-and-tidy procedures and policies critics are looking for are not a realistic expectation.

"There are no easy rules. Life doesn't come in easily defined packages," he said.

## Sponsored Stories You May Like

Ad Content by



**Homeowners Born Before 1985 Get A Big Pay Day**
*Clever Economy*



**The cars owners most regret buying, according to…**
*CNET*



**It's Scary What This Site Knows About You - Enter Your Name**
*TruthFinder*



**Remember 'The Human Barbie'? Well, You Sho Her Now**
*Ice Pop*

## Sponsored Stories

- This Tiny Stock Could Be Set To Soar - Investor Daily *investor-daily*
- Shopping for An SUV? Check Out These Models *Edmunds.com*
- How To Fix Aging Skin (Do This Every Day) *Health Headlines*
- [Gallery] Here's Why No Enemy Will Storm America By Sea *HistoryInOrbit.com*
- An Ohio officer beat a black man during a traffic stop. A town wants… *Washington Post Video*
- This Uber Driver Partner Shares Tips For Future Employees *Uber on Design Mom*

Ad Content by

## More from Fox News

- Married teacher and mother, 53, accused of 'trailer park sex' w News World
- At least 4 people shot, killed in Mexican resort of Acapulco Fc World
- Howard Stern's wife Beth, 45, poses in bikini *Fox News Enterta*
- Trump shows he hasn't forgotten McCain's health care vote F Politics
- Abraham Lincoln Monument Torched in Chicago: 'An Absolut Disgraceful… *Fox Nation*
- Taylor Swift completely wipes out her social media accounts I Entertainment

| Sections | Tools | About | Follow |
|---|---|---|---|
| Home | Live Video | Careers | Facebook |
| Video | Newsletters | College Students | Twitter |
| Politics | Alerts | Fox Around the World | Google+ |
| U.S. | Podcasts | Advertise With Us | Instagram |
| Opinion | Radio | New Terms of Use (What's New) | RSS |
| Entertainment | Apps & Products | New Privacy Policy | Newsletters |
| Tech | | Ad Choices | |
| Science | | Help | |
| Health | | Email Newsroom | |
| Travel | | Media Relations | |
| Lifestyle | | Closed Captioning Policy | |
| World | | | |
| Sports | | | |
| Weather | | | |
| On Air | | | |

This material may not be published, broadcast, rewritten, or redistributed. ©2017 FOX News Network, LLC. All rights reserved. All market data delayed 20 minutes.