# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# CIVIL RIGHTS DIVISION

| | |
|---|---|
| **JOHN ANTHONY GENTRY, sui juris/pro se** ) | |
| ) | |
| Plaintiff ) | |
| ) | **CASE NO. 3:17-0020** |
| vs. ) | |
| ) | |
| **THE STATE OF TENNESSEE;** ) | |
| **PAMELA ANDERSON TAYLOR;** ) | |
| **BRENTON HALL LANKFORD;** ) | **JURY TRIAL DEMANDED(12)** |
| **SARAH RICHTER PERKY;** ) | |
| **UNNAMED LIABILITY INSURANCE** ) | |
| **CARRIER(S); Et al** ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S NOTICE OF INTENT TO MOTION FOR COURT REVIEW OF MAGISTRATE'S DENIAL OF PLAINTIFF'S MOTION TO RECUSE AND/OR DISQUALIFY**
**AND**
**MOTION FOR DISTRICT COURT JUDGE'S DETERMINATION OF MATTERS DURING PENDANCY OF RECUSAL/DISQUALIFICATION DETERMINATION**

Comes now your Plaintiff, John Anthony Gentry, pro se, providing this Honorable Court notice of his intent to seek Court Review of the Magistrate's ORDER (Docket Entry 124), denying "*Plaintiff's Motion To Recuse Disqualify Magistrate Judge*" (Docket Entry 120). Pursuant to U.S. District Court, M.D. Tenn. Local Rule 72.02(b)(1), Plaintiff will file a Motion for Court Review on or before the 14-day time limitation set forth in Local Rule 72.02(b)(1).

Plaintiff respectfully moves the Court to decide any matters pending during pendency of the District Court Judge's final ruling regarding the magistrate's recusal denial. Plaintiff further

1

respectfully suggests the magistrate should not issue any order during pendency of the District Court Judge's final decision.

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS**

For the District Court Judge to decide all matters during pendency of final determination of "*Plaintiff's Motion To Recuse Disqualify Magistrate Judge*";

That the Magistrate Judge to not issue any orders or render any decisions during pendency of final determination of "*Plaintiff's Motion To Recuse Disqualify Magistrate Judge*"

Respectfully submitted,

s/ John Anthony Gentry
John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
john.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of PLAINTIFF'S NOTICE OF INTENT TO MOTION FOR COURT REVIEW OF MAGISTRATE'S DENIAL OF PLAINTIFF'S MOTION TO RECUSE AND/OR DISQUALIFY AND MOTION FOR DISTRICT COURT JUDGE'S DETERMINATION OF MATTERS DURING PENDANCY OF RECUSAL/DISQUALIFICATION DETERMINATION was filed electronically, and notice served through the electronic filing system on this the 20TH day of September 2017 to:

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

s/ John Anthony Gentry
John Anthony Gentry, CPA