IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY )<br>)<br>v. )<br>)<br>THE TENNESSEE BOARD OF )<br>JUDICIAL CONDUCT, et al. ) | NO. 3:17-cv-00020 |

# O R D E R

The referral to the magistrate judge is hereby WITHDRAWN.[1] For the reasons set forth in the accompanying Memorandum, the court GRANTS the Motion to Dismiss of Pamela Taylor and Brenton Lankford (Docket Entry No. 45), the Motion to Dismiss of Sarah Richter Perky (Docket Entry No. 49), and the Motion to Dismiss of the State of Tennessee (Docket Entry No. 51), and this action is DISMISSED WITH PREJUDICE.

All pending motions are DENIED as moot, in light of the dismissal of this action.

This order constitutes the final judgment in this action, and the Clerk is directed to close this case upon entry of this order.

It is SO ORDERED.

ENTER this 26th day of September 2017.

_____
ALETA A. TRAUGER
United States District Judge

---

[1] The withdrawal of the referral to the magistrate judge is for the purpose of resolving the dispositive motions without further delay and is not based upon any of the reasons set out by the plaintiff in his motion for recusal of the magistrate judge (Docket Entry No. 120).