UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

John Anthony Gentry

                                Plaintiff,

v.                                             Case No.: 3:17−cv−00020

Tennessee Board of Judicial Conduct, The, et al.

                                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/26/2017 re [130].

                                                        Keith Throckmorton, Clerk
                                                  s/ Dalaina Thompson, Deputy Clerk