IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se )<br>)<br>Plaintiff )<br>) <br>) CASE NO. 3:17-00020<br>vs. ) Judge Aleta A. Trauger<br>)<br>THE STATE OF TENNESSEE; )<br>PAMELA ANDERSON TAYLOR; )<br>BRENTON HALL LANKFORD; ) JURY TRIAL DEMANDED(12)<br>SARAH RICHTER PERKY; )<br>UNNAMED LIABILITY INSURANCE )<br>CARRIER(S); Et al )<br>)<br>Defendants ) | |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. Rule 3, and 4, Notice is hereby given that Plaintiff, John Anthony Gentry, in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit, from the final judgements entered in this action on the 26TH day September, 2017, Docket Entries 129, 130 as well as other judgements entered into the record during pendency of proceedings.

Pursuant to Fed. R. App. P. Rule 3(c)(1)(A) Plaintiff further gives Notice that he intends to appeal the decisions dismissing his causes of actions against all Defendants.

Plaintiff's Notice of Appeal is timely filed pursuant to Fed. R. App. P. Rule 4(a)(1)(A). The Court's Entry of Judgement (Docket Entry 131) was entered into the record on the 26TH day

1

September, 2017. Plaintiff's Notice of Appeal is filed on October 3, 2017, which is eight (8) days after Entry of Judgement, and is therefore timely filed.

Respectfully submitted,

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
John.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing NOTICE OF APPEAL was filed with the Court Clerk's Office personally, and will be filed electronically by the Court Clerk's Office, and notice served through the electronic filing system on this the 3RD day of October, 2017 to:

Lauren Paxton Roberts
Erika R. Barnes
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219
lauren.roberts@stites.com

William S. Walton
Butler Snow, LLP
The Pinnacle at Symphony Place
150 Third Avenue South
Nashville, TN 37201
bill.walton@butlersnow.com

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

John Anthony Gentry, CPA

3