IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
CIVIL RIGHTS DIVISION

| | |
|---|---|
| JOHN ANTHONY GENTRY, sui juris/pro se<br><br>Plaintiff<br><br>vs.<br><br>THE STATE OF TENNESSEE;<br>PAMELA ANDERSON TAYLOR;<br>BRENTON HALL LANKFORD;<br>SARAH RICHTER PERKY;<br>UNNAMED LIABILITY INSURANCE<br>CARRIER(S); Et al<br><br>Defendants | CASE NO. 3:17-00020<br>Judge Aleta A. Trauger<br><br>JURY TRIAL DEMANDED(12) |

## NOTICE AND PLAINTIFF'S CERTIFICATION THAT NO TRANSCRIPT(S) WILL BE ORDERED

Pursuant to Fed. R. Civ. P. Rule 10 (b)(1)(B), Plaintiff/Appellant, John Anthony Gentry, gives notice and hereby certifies to all parties that no transcripts will be ordered. Since no hearings were properly conducted, and Plaintiff's motions for hearings and oral arguments were denied and because Plaintiff is not aware of any oral arguments or testimony heard in this matter, in the United States District Court, Middle District of Tennessee, transcripts in this matter do not exist. Accordingly, no transcripts will be ordered and Plaintiff hereby certifies no transcripts will be ordered.

1

Respectfully submitted,

_/s/ John_

John A Gentry, CPA, Pro Se
208 Navajo Court,
Goodlettsville, TN 37072
(615) 351-2649
John.a.gentry@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing NOTICE AND PLAINTIFF'S CERTIFICATION THAT NO TRANSCRIPT(S) WILL BE ORDERED was filed with the Court Clerk's Office personally, and will be filed electronically by the Court Clerk's Office, and notice served through the electronic filing system on this the 3RD day of October, 2017 to:

| | |
|---|---|
| Lauren Paxton Roberts<br>Erika R. Barnes<br>Stites & Harbison<br>401 Commerce Street, Suite 800<br>Nashville, TN 37219<br>lauren.roberts@stites.com | William S. Walton<br>Butler Snow, LLP<br>The Pinnacle at Symphony Place<br>150 Third Avenue South<br>Nashville, TN 37201<br>bill.walton@butlersnow.com |

Stephanie A. Bergmeyer
Office of the Atty. Gen. and Reporter
P.O. Box 20207
Nashville, TN 37202-0207
Stephanie.bertmeyer@ag.tn.gov

_/s/ John_

John Anthony Gentry, CPA

2

Case 3:17-cv-00020   Document 134   Filed 10/03/17   Page 2 of 2 PageID #: 2957